LONNIE D. GIAMELA, SBN 228435
lgiamela@fisherphillips.com
SEAN F. DALEY, SBN 272493
sdaley@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
RED ROBIN INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARCIANO TOPETE,<br><br>         Plaintiff,<br><br>    v.<br><br>RED ROBIN INTERNATIONAL, INC., a Nevada Corporation, doing business as RED ROBIN BURGER AND SPIRITS EMPORIUMS, and DOES 1 through 20, inclusive,<br><br>         Defendants. | Case No:  8:17-cv-01721 AG (JDEx)<br>*[Originally Orange County Superior Court Case No.: 30-2017-00930423-CU-OE-CJC]*<br><br>**DECLARATION OF SEAN F. DALEY IN SUPPPORT OF DEFENDANT RED ROBIN INTERNATIONAL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Notice of Motion and Motion, Memorandum of Points and Authorities in support thereof, Separate Statement of Uncontroverted Facts and Conclusions of Law, Appendix of Exhibits in support thereof, [Proposed] Order and [Proposed] Judgment]*<br><br>Date:        August 20, 2018<br>Time:        10:00 a.m.<br>Location:    Courtroom 10D<br>             411 West Fourth Street<br>             Santa Ana, California<br><br>Complaint Filed:  July 7, 2017<br>FAC Filed:        July 27, 2017<br>Trial Date:       October 2, 2018 |

---

DECLARATION OF SEAN F. DALEY IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT

FPDOCS 34317768.1

## DECLARATION OF SEAN F. DALEY

I, Sean F. Daley, hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California. I am an associate with Fisher & Phillips LLP, counsel of record for Defendant RED ROBIN INTERNATIONAL, INC. ("Red Robin"). Based on my personal knowledge, I assert the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. On July 7, 2017, Plaintiff MARCIANO TOPETE ("Plaintiff") filed a complaint for damages in the Superior Court of the State of California in and for the County of Orange, entitled *Marciano Topete v. Red Robin International, Inc., et al.*, Case No. 30-2017-00930423-CU-OE-CJC, alleging various wage and hour violations against Red Robin, including (1) failure to pay overtime wages, (2) a claim for liquidated damages pursuant to California Labor Code section 1194.2, (3) failure to provide meal and rest periods, (4) failure to provide accurate itemized wage statements, (5) violation of Labor Code section 203, and (6) an unfair business practices claim. (Docket No. 1-1).

3. On July 27, 2017, Plaintiff filed a First Amended Complaint, removing the claim for liquidated damages pursuant to California Labor Code section 1194.2 and adding a claim for violation of the federal Fair Labor Standards Act ("FLSA"). (Docket No. 1-2).

4. Based on the addition of the federal claim and federal question jurisdiction, Red Robin removed the lawsuit to the United States District Court for the Central District of California (Southern Division) pursuant to 28 U.S.C. §§ 1331, 1367, and 1441. (Docket No. 1).

5. On April 30, 2018, defense counsel for Red Robin took the first session of the deposition of Plaintiff. Attached hereto as Exhibit A are true and correct copies of relevant excerpts and exhibits from the certified transcript of the first volume of Plaintiff's deposition testimony from April 30, 2018.

6. On June 22, 2018, defense counsel for Red Robin took the second session of the deposition of Plaintiff. Attached hereto as Exhibit B are true and correct copies of relevant excerpts and exhibits from the certified transcript of the second volume of Plaintiff's deposition testimony from June 22, 2018.

7. On May 2, 2018, Plaintiff's counsel took the depositions of Red Robin employees Rebecca Bailey and Adin Philleo. Attached hereto as Exhibit C are true and correct copies of relevant excerpts and exhibits from the certified transcript of Rebecca Bailey's deposition testimony from May 2, 2018. Attached hereto as Exhibit D are true and correct copies of relevant excerpts and exhibits from the certified transcript of Adin Philleo's deposition testimony from May 2, 2018.

8. On May 4, 2018, Plaintiff's counsel took the deposition of Red Robin employee Karin Davie. Attached hereto as Exhibit E are true and correct copies of relevant excerpts and exhibits from the certified transcript of Karin Davie's deposition testimony from May 4, 2018.

I declare under the laws of the United States of America that the foregoing is true and correct. Executed on July 23, 2018, at Los Angeles, California.

/s/ Sean Daley
Sean F. Daley
Declarant

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On July 23, 2018 I served the foregoing document entitled **DECLARATION OF SEAN F. DALEY IN SUPPPORT OF DEFENDANT RED ROBIN INTERNATIONAL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Jonathan Jackel<br>Nora Rousso<br>Rousso & Jackel<br>116 E. Campbell Avenue, Suite 2<br>Campbell, California 95008 | Attorney for Plaintiff<br>Marciano Topete<br><br>Tel: (408) 378-3200<br>Fax: (408) 378-3202<br>jonathan@roussojackel.com<br>nora@roussojackel.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Network Express, whose business address is 1533 Wilshire Boulevard, Los Angeles, CA 90017.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed July 23, 2018 at Los Angeles, California.

| Melody Martinez | By: /s/Melody Martinez |
|---|---|
| Print Name | Signature |