LONNIE D. GIAMELA, SBN 228435
lgiamela@fisherphillips.com
SEAN F. DALEY, SBN 272493
sdaley@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
RED ROBIN INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARCIANO TOPETE,<br><br>                    Plaintiff,<br><br>        v.<br><br>RED ROBIN INTERNATIONAL, INC., a Nevada Corporation, doing business as RED ROBIN BURGER AND SPIRITS EMPORIUMS, and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No:  8:17-cv-01721 AG (JDEx)<br>*[Originally Orange County Superior Court Case No.: 30-2017-00930423-CU-OE-CJC]*<br><br>**DEFENDANT RED ROBIN INTERNATIONAL, INC.'S APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Notice of Motion and Motion, Memorandum of Points and Authorities in support thereof, Separate Statement of Uncontroverted Facts and Conclusions of Law, Declaration of Sean F. Daley, [Proposed] Order and [Proposed] Judgment]*<br><br>Date:          August 20, 2018<br>Time:          10:00 a.m.<br>Location:      Courtroom 10D<br>               411 West Fourth Street<br>               Santa Ana, California<br><br>Complaint Filed:    July 7, 2017<br>FAC Filed:          July 27, 2017<br>Trial Date:         October 2, 2018 |

Defendant RED ROBIN INTERNATIONAL, INC. ("Red Robin") hereby submits the following Appendix of Evidence in support of its Motion for Partial Summary Judgment.

## TABLE OF CONTENTS

- Declaration of Sean F. Daley

| EXHIBIT | EVIDENCE |
|---|---|
| A | Relevant excerpts and exhibits from the certified transcript of the first volume of Plaintiff's deposition testimony from April 30, 2018. |
| B | Relevant excerpts and exhibits from the certified transcript of the second volume of Plaintiff's deposition testimony from June 22, 2018. |
| C | Relevant excerpts from the certified transcript of Rebecca Bailey's deposition testimony from May 2, 2018. |
| D | Relevant excerpts from the certified transcript of Adin Philleo's deposition testimony from May 2, 2018. |
| E | Relevant excerpts and exhibits from the certified transcript of Karin Davie's deposition testimony from May 4, 2018. |

Dated:  July 23, 2018                         Respectfully submitted,

FISHER & PHILLIPS LLP


By: */s/ Sean F. Daley*
LONNIE D. GIAMELA
SEAN F. DALEY
Attorneys for Defendant
RED ROBIN INTERNATIONAL,
INC.

1

# EXHIBIT A

EXHIBIT A

1            UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

3

4    MARCIANO TOPETE,              )   Case No.
                                   )   8:17-cv-01721 AG(JDEx)
5         Plaintiff,               )
                                   )
6            vs.                   )
                                   )
7    RED ROBIN INTERNATIONAL,      )
     INC., a Nevada Corporation,   )
8    doing business as RED ROBIN   )
     BURGER AND SPIRITS            )
9    EMPORIUMS, an DOES 1          )
     through 20, inclusive,        )
10                                 )
          Defendants.              )
11   _____ )

12

13

14

15            DEPOSITION OF MARCIANO TOPETE

16               Los Angeles, CALIFORNIA

17               Monday, April 30, 2018

18

19

20

21

22

23   Reported by:
     Gideon Choi
24   CSR No. 13258
25   Pages 1-  194

                                          Page 1

```
1                    MARCIANO TOPETE,

2     called as a witness by and on behalf of the Defendant,

3     and having been first duly sworn by the Certified

4     Shorthand Reporter, was examined and testified as

5     follows:

6

7                      EXAMINATION

8     BY MR. DALEY:

9        Q    Good morning, Mr. Topete.  As I mentioned      09:54:17

10     earlier, my name is Sean Daley, and I represent       09:54:20

11     Red Robin international, Inc.  I'm going to refer to   09:54:24

12     them as Red Robin throughout this deposition in the   09:54:27

13     lawsuit that you filed against them.                  09:54:29

14           Can you please state and spell your name for the 09:54:31

15     record?                                               09:54:34

16        A    It's M-a-r-c-i-a-n-o, T-o-p-e-t-e.            09:54:34

17        Q    Have you ever used any other names?           09:54:41

18        A    No.                                           09:54:46

19        Q    When you were working at Red Robin, did you go 09:54:47

20     by Marcos?                                            09:54:52

21        A    Yes.                                          09:54:53

22        Q    Did you go by any other names -- Marco or -- I 09:54:53

23     know -- Counsel referred to you as Marcy.             09:55:00

24        A    No, Marcos.                                   09:55:02

25        Q    Okay.  Have you ever had your deposition taken 09:55:04
```

Page 7

```
 1        A    Not exactly.                                   10:33:47

 2        MR. DALEY:  I'm going to mark as Exhibit 2 a        10:34:17

 3   Red Robin Ream Member Application.                       10:34:20

 4                  (Exhibit 2 was marked for identification by  10:34:33

 5                  the Certified Shorthand Reporter, a copy of  10:34:33

 6                  which is attached hereto.)                10:34:34

 7   BY MR. DALEY:                                            10:34:34

 8        Q    Why don't you take a minute to look it over?  10:34:35

 9        MS. ROUSSO:  Can we go off the record a second?    10:35:48

10        MR. DALEY:  Off the record.                        10:35:50

11        (Recess taken from 10:35 a.m. to 10:36 p.m.)       10:36:18

12        MR. DALEY:  Back on.                                10:36:18

13   BY MR. DALEY:                                            10:36:19

14        Q    Mr. Topete, have you had a chance to review this  10:36:22

15   document?                                                10:36:24

16        A    Yes.                                           10:36:25

17        Q    Do you recognize it?                           10:36:25

18        A    Yes.                                           10:36:26

19        Q    Turning to the second page, is that your      10:36:27

20   signature in the bottom left?                            10:36:35

21        A    Yes.                                           10:36:36

22        Q    And can you read the date that you signed this?  10:36:37

23        A    6/23/08.                                       10:36:40

24        Q    So June of 2008, does that refresh your       10:36:43

25   recollection as to approximately when you started       10:36:48
```

                                                        Page 30

| | | |
|---|---|---|
| 1 | working for Red Robin? | 10:36:53 |
| 2 | A   Yes. | 10:36:54 |
| 3 | Q   Okay.  Prior to -- you can set that aside for a | 10:36:55 |
| 4 | minute.  Prior to working for Red Robin, where did you | 10:37:01 |
| 5 | work? | 10:37:08 |
| 6 | A   Elephant Bar. | 10:37:10 |
| 7 | Q   And when did you work there? | 10:37:12 |
| 8 | A   It was a year before I started at Red Robin, so | 10:37:14 |
| 9 | it was a year at the company. | 10:37:28 |
| 10 | Q   Okay.  Maybe it will help if you look at | 10:37:30 |
| 11 | Exhibit 2 again.  On the first page, it has toward the | 10:37:34 |
| 12 | bottom, it has employment history, and it notes | 10:37:40 |
| 13 | Elephant Bar, dates employed, December 2006 to | 10:37:44 |
| 14 | June 2008.  Does that sound about right? | 10:37:48 |
| 15 | A   Yes. | 10:37:51 |
| 16 | Q   Okay.  And what position were you in at | 10:37:54 |
| 17 | Elephant Bar? | 10:38:05 |
| 18 | A   Kitchen manager. | 10:38:05 |
| 19 | Q   And as a kitchen manager at Elephant Bar, what | 10:38:06 |
| 20 | duties did you perform? | 10:38:16 |
| 21 | A   Make sure the food gets out of the kitchen on | 10:38:17 |
| 22 | time, save money on back of the house labor, and help | 10:38:30 |
| 23 | break employees. | 10:38:41 |
| 24 | Q   I'm going to come back to that in a | 10:38:42 |
| 25 | minute.  Where is Elephant Bar? | 10:38:53 |

Page 31

| | | |
|---|---|---|
| 1 | question as ambiguous because you said that, and he | 11:16:17 |
| 2 | actually said two different things, so maybe we can | 11:16:22 |
| 3 | break it down just a little further, please. | 11:16:25 |
| 4 | BY MR. DALEY: | 11:16:29 |
| 5 | Q   Okay.  To meet the goal of labor, what does that | 11:16:33 |
| 6 | mean? | 11:16:39 |
| 7 | A   That I was told that I had to run a certain | 11:16:39 |
| 8 | amount of hours in the kitchen. | 11:16:49 |
| 9 | Q   Okay.  First question is who told you that? | 11:16:59 |
| 10 | A   General managers. | 11:17:01 |
| 11 | Q   And you had several general managers over the | 11:17:03 |
| 12 | years at Red Robin; correct? | 11:17:08 |
| 13 | A   Yes. | 11:17:09 |
| 14 | Q   So did each general manager that you had say to | 11:17:11 |
| 15 | you that you have to run a certain amount of hours in | 11:17:17 |
| 16 | the kitchen? | 11:17:21 |
| 17 | A   Yes. | 11:17:22 |
| 18 | Q   And what does running a certain amount of hours | 11:17:23 |
| 19 | mean?  Does that mean that you have to schedule a | 11:17:30 |
| 20 | certain amount of hours? | 11:17:33 |
| 21 | A   A budget from the general manager. | 11:17:34 |
| 22 | Q   So they would give you a budget, a number of | 11:17:40 |
| 23 | hours that you were allowed to schedule various | 11:17:43 |
| 24 | back-of-the-house employees for? | 11:17:50 |
| 25 | A   Yes, but the general manager always approves the | 11:17:52 |

Page 53

| | | |
|---|---|---|
| 1 | back-of-the-house's schedules or rejects it. | 11:17:59 |
| 2 | Q    Okay.  So let me see if I understand.  So they'd | 11:18:03 |
| 3 | give you a number.  I'm not saying that this is what the | 11:18:09 |
| 4 | number was, but they would give you a hundred hours for | 11:18:12 |
| 5 | a week or a month or a period?  What would be the | 11:18:15 |
| 6 | timeframe of the budget that was given to you? | 11:18:20 |
| 7 | A    Weekly. | 11:18:24 |
| 8 | Q    So they would give you a weekly budget, and then | 11:18:25 |
| 9 | you would schedule the back-of-the-house employees in | 11:18:29 |
| 10 | order to stay within that budget or below that number of | 11:18:35 |
| 11 | hours that was given to you? | 11:18:39 |
| 12 | A    Yes. | 11:18:40 |
| 13 | Q    And then once that schedule was generated, I | 11:18:41 |
| 14 | think what you're saying is the GM, you would have to | 11:18:48 |
| 15 | run that by the GM, and they would either approve the | 11:18:53 |
| 16 | schedule or reject it? | 11:18:56 |
| 17 | A    Yes. | 11:18:58 |
| 18 | Q    So was it approved only when you were under the | 11:18:58 |
| 19 | budget that was given to you? | 11:19:07 |
| 20 | A    Yes. | 11:19:08 |
| 21 | Q    And why would a weekly back-of-the-house be | 11:19:12 |
| 22 | rejected by a GM? | 11:19:21 |
| 23 | MS. ROUSSO:  That question calls for speculation. | 11:19:23 |
| 24 | You're instructed not to answer. | 11:19:25 |
| 25 | /// | 11:19:27 |

Page 54

| | | |
|---|---|---|
| 1 | Q   And it was approved by Adin? | 11:34:46 |
| 2 | A   Yes. | 11:34:49 |
| 3 | Q   Or I guess that's assuming Adin was your GM at | 11:34:50 |
| 4 | the time.  Was Adin your GM at the time? | 11:34:55 |
| 5 | A   Yes. | 11:34:59 |
| 6 | Q   And then the second time that you went to | 11:34:59 |
| 7 | Mexico, was Adin your GM as well? | 11:35:02 |
| 8 | A   Yes. | 11:35:05 |
| 9 | Q   And how long did you go the second time you went | 11:35:05 |
| 10 | to Mexico? | 11:35:08 |
| 11 | A   A week. | 11:35:09 |
| 12 | Q   And was that vacation approved? | 11:35:09 |
| 13 | A   Yes. | 11:35:12 |
| 14 | Q   Was Irvine the only Red Robin location you | 11:35:12 |
| 15 | worked at? | 11:35:26 |
| 16 | A   No. | 11:35:27 |
| 17 | Q   What other locations did you work at? | 11:35:27 |
| 18 | A   La Quinta, San Jose, Cerritos, and Irvine. | 11:35:30 |
| 19 | Q   Do you recall when you worked at La Quinta? | 11:35:45 |
| 20 | A   No.  When I first started.  I don't recall the | 11:35:53 |
| 21 | date. | 11:36:00 |
| 22 | Q   So it was near the beginning of your employment | 11:36:00 |
| 23 | with Red Robin? | 11:36:03 |
| 24 | A   Yes. | 11:36:03 |
| 25 | Q   Was it before you had started working at Irvine? | 11:36:04 |

Page 64

| 1  | A    Yes.                                                    | 11:36:09 |
| 2  | Q    And were you the kitchen manager at La Quinta?          | 11:36:09 |
| 3  | A    Yes.                                                    | 11:36:16 |
| 4  | Q    How long did you work there?                            | 11:36:17 |
| 5  | A    I don't recall.                                         | 11:36:21 |
| 6  | Q    Was it more than six months?                            | 11:36:22 |
| 7  | A    Yes.                                                    | 11:36:25 |
| 8  | Q    More than a year?                                       | 11:36:26 |
| 9  | A    About.                                                  | 11:36:27 |
| 10 | Q    It was about a year?                                    | 11:36:30 |
| 11 | A    Yeah.                                                   | 11:36:32 |
| 12 | Q    And then San Jose, when did you work in                 | 11:36:33 |
| 13 | San Jose?                                                    | 11:36:42 |
| 14 | A    It was right after La Quinta.                           | 11:36:43 |
| 15 | Q    And were you the kitchen manager at the San Jose        | 11:36:47 |
| 16 | location?                                                    | 11:36:52 |
| 17 | A    Yes.                                                    | 11:36:52 |
| 18 | Q    And how long were you working at San Jose?              | 11:36:52 |
| 19 | A    About a year.                                           | 11:36:57 |
| 20 | Q    And San Jose was before you ever started working        | 11:36:59 |
| 21 | at Irvine?                                                   | 11:37:09 |
| 22 | A    Yes.                                                    | 11:37:10 |
| 23 | Q    And then what about Cerritos, when did you work         | 11:37:11 |
| 24 | at Cerritos?                                                 | 11:37:14 |
| 25 | A    Right after San Jose.                                   | 11:37:15 |

Page 65

```
 1       Q    And how long were you at San Jose -- or        11:37:17

 2    Cerritos?  I'm sorry.                                  11:37:28

 3       A    I don't recall.  A few months.                 11:37:29

 4       Q    And were you the kitchen manager at Cerritos?  11:37:31

 5       A    Covering the kitchen manager.                  11:37:36

 6       Q    Was the kitchen manager on a leave or do you   11:37:37

 7    know the circumstances of why you were covering for the 11:37:47

 8    kitchen manager?                                       11:37:51

 9       A    Injured.                                       11:37:51

10       Q    Injured?                                       11:37:52

11       A    Yes.                                           11:37:52

12       Q    And then after Cerritos, you went to Irvine?   11:37:53

13       A    Yes.                                           11:37:56

14       Q    In Irvine, how many employees -- and, first, I'm 11:37:57

15    going to ask you about the entire restaurant.  If you  11:38:21

16    know, how many employees were there?                   11:38:24

17       A    I don't recall or remember.                    11:38:27

18       Q    More than 50?                                  11:38:29

19       A    I don't remember.  It might be.  I don't       11:38:33

20    know.  I don't remember.                               11:38:38

21       Q    And then for the back of the house, on average, 11:38:39

22    because I imagine it might fluctuate, how many employees 11:38:51

23    were there?                                            11:38:57

24       A    I don't recall off the top of my head.         11:38:58

25       Q    More than ten?                                 11:38:59
```

Page 66

| | | |
|---|---|---|
| 1 | Q   And how long were you at San Jose -- or | 11:37:17 |
| 2 | Cerritos?  I'm sorry. | 11:37:28 |
| 3 | A   I don't recall.  A few months. | 11:37:29 |
| 4 | Q   And were you the kitchen manager at Cerritos? | 11:37:31 |
| 5 | A   Covering the kitchen manager. | 11:37:36 |
| 6 | Q   Was the kitchen manager on a leave or do you | 11:37:37 |
| 7 | know the circumstances of why you were covering for the | 11:37:47 |
| 8 | kitchen manager? | 11:37:51 |
| 9 | A   Injured. | 11:37:51 |
| 10 | Q   Injured? | 11:37:52 |
| 11 | A   Yes. | 11:37:52 |
| 12 | Q   And then after Cerritos, you went to Irvine? | 11:37:53 |
| 13 | A   Yes. | 11:37:56 |
| 14 | Q   In Irvine, how many employees -- and, first, I'm | 11:37:57 |
| 15 | going to ask you about the entire restaurant.  If you | 11:38:21 |
| 16 | know, how many employees were there? | 11:38:24 |
| 17 | A   I don't recall or remember. | 11:38:27 |
| 18 | Q   More than 50? | 11:38:29 |
| 19 | A   I don't remember.  It might be.  I don't | 11:38:33 |
| 20 | know.  I don't remember. | 11:38:38 |
| 21 | Q   And then for the back of the house, on average, | 11:38:39 |
| 22 | because I imagine it might fluctuate, how many employees | 11:38:51 |
| 23 | were there? | 11:38:57 |
| 24 | A   I don't recall off the top of my head. | 11:38:58 |
| 25 | Q   More than ten? | 11:38:59 |

Page 66

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 11:39:00 |
| 2 | Q | More than twenty? | 11:39:01 |
| 3 | A | No. | 11:39:03 |
| 4 | Q | Do you think it's somewhere between ten and | 11:39:04 |
| 5 | | fifteen or sixteen and twenty? | 11:39:10 |
| 6 | A | Ten to fifteen. | 11:39:12 |
| 7 | Q | What schedule did you typically work as a | 11:39:14 |
| 8 | | kitchen manager at the Irvine location? | 11:39:30 |
| 9 | A | Can you repeat that again? | 11:39:32 |
| 10 | Q | Sure.  What schedule did you work as the kitchen | 11:39:34 |
| 11 | | manager at the Irvine location? | 11:39:38 |
| 12 | A | I don't understand clearly. | 11:39:40 |
| 13 | Q | Were you -- | 11:39:46 |
| 14 | | MS. ROUSSO:  I think he's asking you what days you | 11:39:47 |
| 15 | | worked typically. | 11:39:49 |
| 16 | | THE WITNESS:  Oh, my schedule? | 11:39:50 |
| 17 | | BY MR. DALEY: | 11:39:50 |
| 18 | Q | Yes.  What's your schedule? | 11:39:53 |
| 19 | A | Variance. | 11:39:55 |
| 20 | Q | It varies? | 11:39:56 |
| 21 | A | It varied, but mostly it was Monday, Thursday, | 11:39:56 |
| 22 | | Friday, Saturday, and Sunday.  Occasionally, it was one | 11:40:02 |
| 23 | | day of the weekend off here and there. | 11:40:08 |
| 24 | Q | Okay.  So Monday, Thursday, Friday? | 11:40:11 |
| 25 | A | Saturday and Sunday, but at variance. | 11:40:19 |

Page 67

| | | |
|---|---|---|
| 1 | Q   Okay.  So Tuesday and Wednesday, typically, you | 11:40:27 |
| 2 | would have off? | 11:40:33 |
| 3 | A   Yes. | 11:40:34 |
| 4 | Q   And you said that it varies, so I imagine | 11:40:43 |
| 5 | sometimes -- would you be scheduled on a Tuesday or | 11:40:51 |
| 6 | Wednesday and then have another day of the week off? | 11:40:54 |
| 7 | A   Yes. | 11:40:57 |
| 8 | Q   Now, on the schedule when you worked Monday, | 11:40:58 |
| 9 | Thursday, Friday, Saturday, Sunday, my understanding is | 11:41:08 |
| 10 | the restaurant has two shifts, an opening shift and a | 11:41:13 |
| 11 | closing shift.  Which shift did you typically work? | 11:41:17 |
| 12 | A   Opening shift. | 11:41:21 |
| 13 | Q   And what hours would you work during an opening | 11:41:26 |
| 14 | shift? | 11:41:35 |
| 15 | A   Can you repeat that again? | 11:41:36 |
| 16 | Q   So what time would you start on an opening shift | 11:41:40 |
| 17 | and then what time would your shift end? | 11:41:43 |
| 18 | A   Start at 7:00, out time is 5:00, sometimes | 11:41:46 |
| 19 | later. | 11:41:56 |
| 20 | Q   Would it ever be earlier? | 11:42:04 |
| 21 | A   Barely. | 11:42:06 |
| 22 | Q   Rarely? | 11:42:11 |
| 23 | A   Rarely, yeah. | 11:42:12 |
| 24 | Q   So there were times on rare occasions that you | 11:42:13 |
| 25 | would leave or finish your shift before 5:00 p.m.? | 11:42:20 |

Page 68

| | | |
|---|---|---|
| 1 | A    Yes. | 12:08:18 |
| 2 | Q    And then the inventory, learning how to do the | 12:08:19 |
| 3 | inventory, who's showing you how to do that? | 12:08:24 |
| 4 | A    A manager. | 12:08:26 |
| 5 | Q    Was it the GM of the San Bruno location that was | 12:08:27 |
| 6 | showing you how to do the inventory? | 12:08:33 |
| 7 | A    No. | 12:08:35 |
| 8 | Q    No? | 12:08:35 |
| 9 | A    No. | 12:08:36 |
| 10 | Q    Was it the kitchen manager? | 12:08:36 |
| 11 | A    Yes. | 12:08:37 |
| 12 | Q    Were you able to observe what the kitchen | 12:08:38 |
| 13 | manager of the San Bruno location did while you were in | 12:08:46 |
| 14 | training? | 12:08:51 |
| 15 | A    I don't recall that. | 12:08:51 |
| 16 | Q    You don't remember watching him or seeing what | 12:08:54 |
| 17 | he did during a shift? | 12:08:57 |
| 18 | A    No, because I was learning how to make the | 12:08:59 |
| 19 | food. | 12:09:02 |
| 20 | Q    Did you ever have any one-on-ones or individual | 12:09:02 |
| 21 | meetings with the kitchen manager at San Bruno location | 12:09:17 |
| 22 | during your training? | 12:09:21 |
| 23 | A    I don't remember.  It's been a long time. | 12:09:22 |
| 24 | THE WITNESS:  Can I use the bathroom? | 12:09:46 |
| 25 | MR. DALEY:  Yeah, let's take a break. | 12:09:48 |

Page 85

```
1    stands for?                                          12:30:57

2        A   I don't remember that.                       12:30:58

3        Q   Flipping to the next page which is RR00029, do   12:31:00

4    you recall being trained on performing line checks?  12:31:24

5        A   I don't remember at this time.               12:31:29

6        Q   Do you know what a line check is?            12:31:33

7        A   Yes.                                         12:31:35

8        Q   What is a line check?                        12:31:36

9        A   Check the product and temp the product.      12:31:39

10       Q   Temp?                                        12:31:44

11       A   Yeah.                                        12:31:45

12       Q   Does that mean check the temperature of the  12:31:46

13   product?                                             12:31:49

14       A   Check the temperature.                       12:31:49

15       Q   Is there anything else other than checking the   12:31:51

16   product and temping the product that you would do during   12:32:13

17   a line check?                                        12:32:18

18       A   Check sanitizer parts per millions, cleanliness   12:32:19

19   of the restaurant.                                   12:32:34

20       Q   And when you say check the sanitizer and check   12:32:36

21   the cleanliness, what are you doing?                 12:32:39

22       A   Put one of the strips and read the parts per   12:32:42

23   millions.                                            12:32:47

24       Q   Are you also checking equipment temperatures?   12:32:47

25       A   No.                                          12:32:57
```

1      Q   So on this certification, it's got the health      12:33:02

2   and safety which talks about the floors are clean.  I      12:33:11

3   think it's referring to the parts per million of the      12:33:16

4   sanitizer buckets.      12:33:18

5          The next line down, it talks about equipment      12:33:20

6   temperatures.  So it's your understanding that checking      12:33:24

7   the equipment temperatures was not part of the line      12:33:29

8   check process?      12:33:32

9      A   I don't remember.      12:33:32

10      Q   Then the next line here, it says food safety      12:33:40

11   temperatures which I believe you talked about.  Did you      12:33:44

12   also have to pull product from the freezers?      12:33:48

13      A   Repeat that again?      12:33:55

14      Q   Would you have to -- as part of the line check      12:33:56

15   process, would you have to pull product from the      12:33:59

16   freezers?      12:34:01

17      A   I don't remember that.      12:34:01

18      Q   As part of the line check process, you referred      12:34:25

19   to checking the product.  Is that checking the food      12:34:29

20   quality or how the food was made?      12:34:35

21      A   Yes.      12:34:38

22      Q   And how would you check the food quality?      12:34:40

23      A   Visual is one.   Temperature.      12:34:44

24      Q   So you would look at it, and you would see if it      12:34:54

25   was made properly?      12:34:58

Page 91

| | | | |
|---|---|---|---|
| 1 | A | You temp it, and you taste it. | 12:35:01 |
| 2 | Q | So visual, temp, taste? | 12:35:04 |
| 3 | A | Yes. | 12:35:07 |
| 4 | Q | And that process of checking the food quality | 12:35:08 |
| 5 | | was part of the line check? | 12:35:11 |
| 6 | A | Yes. | 12:35:13 |
| 7 | Q | You don't remember being trained on how to | 12:35:14 |
| 8 | | perform a line check during your training? | 12:35:32 |
| 9 | A | I don't remember. | 12:35:36 |
| 10 | Q | Okay.  How long would it take you to perform a | 12:35:37 |
| 11 | | line check? | 12:35:56 |
| 12 | A | 45 minutes. | 12:35:56 |
| 13 | Q | Always, it would take 45 minutes? | 12:36:05 |
| 14 | A | I don't know always, but 45 minutes. | 12:36:11 |
| 15 | Q | On average? | 12:36:16 |
| 16 | A | On average. | 12:36:17 |
| 17 | Q | So would it sometimes take less time to do a | 12:36:18 |
| 18 | | line check? | 12:36:25 |
| 19 | A | No, it would take more. | 12:36:26 |
| 20 | Q | Okay.  So am I understanding you correctly that | 12:36:30 |
| 21 | | it would -- to do a line check, it would always take at | 12:36:35 |
| 22 | | least 45 minutes? | 12:36:40 |
| 23 | A | Yes. | 12:36:42 |
| 24 | Q | And sometimes it may take more to do a line | 12:36:42 |
| 25 | | check? | 12:36:45 |

Page 92

| | | | |
|---|---|---|---|
| 1 | Q | You've never heard of that before? | 12:38:24 |
| 2 | A | I heard, but I never learned it. | 12:38:26 |
| 3 | Q | So you have no idea what heart-of-house shift | 12:38:30 |
| 4 | | mechanics refers to? | 12:38:38 |
| 5 | A | I can see it here, but no. | 12:38:41 |
| 6 | Q | And it doesn't -- is your -- this is not your | 12:38:47 |
| 7 | | signature on the KM-- GM/KM signature? | 12:38:58 |
| 8 | A | No, that's not mine. | 12:39:03 |
| 9 | Q | Is this your writing in the boxes directly above | 12:39:04 |
| 10 | | this signature? | 12:39:08 |
| 11 | A | No.  I think it's very nice handwriting. | 12:39:09 |
| 12 | Q | It's very nice? | 12:39:11 |
| 13 | A | Compared to mine, yeah.  That's not mine. | 12:39:12 |
| 14 | Q | So that's not your handwriting? | 12:39:15 |
| 15 | A | No. | 12:39:17 |
| 16 | Q | Did you ever learn of the phrase "aces and | 12:39:18 |
| 17 | | places"? | 12:39:26 |
| 18 | A | Yes. | 12:39:26 |
| 19 | Q | What's aces and places? | 12:39:27 |
| 20 | A | The strongest team member goes to the right | 12:39:30 |
| 21 | | place.  Can I explain that? | 12:39:36 |
| 22 | Q | Please. | 12:39:38 |
| 23 | A | If somebody knows hot side better than cold | 12:39:40 |
| 24 | | side, then you have to move them back when they get | 12:39:44 |
| 25 | | busy, so you put who knows more on hot side and cold | 12:39:50 |

Page 94

```
 1    side.  So aces and places is just the stronger people in    12:39:55

 2    the right place.                                             12:39:58

 3       Q   So let's say Juan is really good on the hot          12:39:59

 4    side, and Jorge is really good on the cold side.  You       12:40:02

 5    would want to make sure you put those guys in those         12:40:05

 6    places where they're the strongest?                         12:40:08

 7       A   Yes.                                                  12:40:10

 8       Q   And as the KM, were you responsible for deciding     12:40:10

 9    which aces go in which places?                              12:40:16

10       A   No.  They know it automatic.  They know where to     12:40:18

11    go.                                                         12:40:27

12       Q   The cooks do?                                        12:40:27

13       A   Yes.                                                 12:40:27

14       Q   So you didn't have to tell them where to go?         12:40:28

15       A   No.                                                  12:40:30

16       Q   Who were the cooks that typically worked with        12:40:30

17    you during the opening shift?                               12:40:35

18       A   Jorge, Alberto, and Juan.                            12:40:40

19       Q   And let's start with Jorge.  Was Jorge -- do you     12:40:44

20    know how long he had been with Red Robin?                   12:40:51

21       A   No.                                                  12:40:53

22       Q   Had he been with Red Robin for as long as you        12:40:54

23    had been at the Irvine location?                            12:41:02

24       A   I don't recall.  He used to work Fashion Island.     12:41:04

25    Fashion Island closed, so he moved to Irvine.  I don't      12:41:11
```

                                                                  Page 95

| | | |
|---|---|---|
| 1 | recall when. | 12:41:15 |
| 2 | Q   Okay.  Did you hire either Jorge, Juan, or | 12:41:15 |
| 3 | Alberto? | 12:41:20 |
| 4 | A   No. | 12:41:21 |
| 5 | Q   So I think what you're saying is those guys, | 12:41:22 |
| 6 | they just knew where to go, and they would just go and | 12:41:28 |
| 7 | do it? | 12:41:34 |
| 8 | A   Yes. | 12:41:34 |
| 9 | Q   Without any direction from you? | 12:41:34 |
| 10 | A   Yes. | 12:41:36 |
| 11 | Q   Were you responsible for scheduling them? | 12:41:36 |
| 12 | A   Yes. | 12:41:41 |
| 13 | Q   So on the shifts that you worked, they were | 12:41:47 |
| 14 | normally scheduled to work with you during those shifts? | 12:41:58 |
| 15 | A   Yes. | 12:42:02 |
| 16 | Q   Did you ever evaluate their performance? | 12:42:02 |
| 17 | A   No. | 12:42:19 |
| 18 | Q   Did you ever discipline them? | 12:42:19 |
| 19 | A   Not that I remember.  I don't remember. | 12:42:25 |
| 20 | Q   Did Irvine have an action log? | 12:42:30 |
| 21 | A   Yes. | 12:42:33 |
| 22 | Q   Did you ever write anything about Jorge, Juan, | 12:42:37 |
| 23 | or Alberto in the action log? | 12:42:42 |
| 24 | A   I don't remember. | 12:42:44 |
| 25 | Q   As the kitchen manager, do you think you would | 12:42:45 |

Page 96

```
 1      Q    Okay.  So all three of them, they said, "We want    12:47:20
 2   to do opening shift"?                                        12:47:25
 3      A    Yes.                                                 12:47:27
 4      Q    And so what hours is the opening shift for           12:47:27
 5   cooks?                                                       12:47:31
 6      A    Juan comes at 8:00 or 7:00.  The other two comes     12:47:31
 7   at 10:00.                                                    12:47:39
 8      Q    And what time would Juan finish?                     12:47:42
 9      A    It varies.                                           12:47:46
10      Q    Typically, what time would he finish?               12:47:48
11      A    I don't remember.                                   12:47:51
12      Q    Did he frequently work -- strike that.              12:47:57
13           Do you remember what times he was scheduled to      12:48:06
14   start and to end?                                           12:48:12
15      A    No, I don't.                                         12:48:14
16      Q    But you remember he would come at 7:00 or 8:00?     12:48:15
17      A    Yes, first, Juan.                                   12:48:20
18      Q    And then both Alberto and Jorge would come at       12:48:22
19   10:00?                                                       12:48:31
20      A    Yes.                                                 12:48:31
21      Q    As the kitchen manager, did you ever have to        12:48:31
22   send Juan home early because the restaurant was slow?       12:48:36
23      A    Yes.                                                 12:48:40
24      Q    Did you have to decide who to send home out of      12:48:42
25   the three of them or was it always Juan?                    12:48:50
```

Page 100

| | | |
|---|---|---|
| 1 | A    Variance.  They would not want a specific | 12:48:53 |
| 2 | person. | 12:49:00 |
| 3 | Q    Okay.  Would you ask them, like, who wants to go | 12:49:00 |
| 4 | home early? | 12:49:03 |
| 5 | A    Usually, the first one that starts leaves early. | 12:49:04 |
| 6 | Q    Right.  That's why I asked if Juan was normally | 12:49:09 |
| 7 | the one that went home early, but did you ask them? | 12:49:14 |
| 8 | A    They know already. | 12:49:18 |
| 9 | Q    What do you mean they know already? | 12:49:19 |
| 10 | A    They know that if they start at 10:00, they | 12:49:21 |
| 11 | leave at 2:00 or another time, and then the other one | 12:49:26 |
| 12 | leaves later, and then the other one leaves. | 12:49:30 |
| 13 | Q    I'm saying if one of them is not needed, were | 12:49:32 |
| 14 | you the one to tell someone to go home? | 12:49:35 |
| 15 | A    Usually, they did it.  Jorge was -- if Jorge | 12:49:38 |
| 16 | started at 10:00, then he tells Juan, "Okay.  It's time | 12:49:45 |
| 17 | for you to go."  They knew. | 12:49:50 |
| 18 | Q    So you never had to tell one of them to go home? | 12:49:51 |
| 19 | A    Some, occasionally. | 12:49:54 |
| 20 | Q    In your opinion, what was Red Robin's -- what | 12:49:56 |
| 21 | did Red Robin do?  What was its business purpose? | 12:50:48 |
| 22 | MS. ROUSSO:  The question -- | 12:50:54 |
| 23 | THE WITNESS:  Serve food. | 12:50:57 |
| 24 | BY MR. DALEY: | 12:50:58 |
| 25 | Q    Anything else? | 12:50:59 |

Page 101

```
 1      Q    And at Irvine, heart-of-house is cooks --        12:54:22

 2      A    Dishwashers.                                      12:54:25

 3      Q    -- dishwashers --                                 12:54:26

 4      A    Expos.                                            12:54:27

 5      Q    -- and expos?                                     12:54:28

 6      A    And preps.                                        12:54:30

 7      Q    Okay.  So at Irvine Spectrum, as the kitchen      12:54:31

 8   manager, you were responsible for making sure the food    12:54:38

 9   got out at the right time and to save on heart-of-house   12:54:41

10   labor?                                                    12:54:46

11      A    Yes.                                              12:54:47

12      Q    Any other duties that you can recall?             12:54:47

13      A    Not at this moment.                               12:54:50

14      Q    Were you responsible for managing the kitchen?    12:54:57

15      MS. ROUSSO:  I'm going to object to the form of the    12:55:03

16   question as calling for a legal conclusion and is vague   12:55:06

17   and ambiguous.                                            12:55:13

18           Subject to those objections, if you understand    12:55:15

19   the question, you may answer.                             12:55:18

20      THE WITNESS:  I don't understand the question.         12:55:20

21   BY MR. DALEY:                                             12:55:21

22      Q    Do you know what a manager does?                  12:55:22

23      A    I don't know what a manager does.  I don't        12:55:23

24   know.                                                     12:55:47

25      Q    Did you supervise heart-of-house team members?    12:55:47
```

Page 104

| | | |
|---|---|---|
| 1 | Q   We'll get into that.  That's the inventory | 12:57:59 |
| 2 | day. | 12:58:02 |
| 3 | A   Sorry. | 12:58:03 |
| 4 | Q   No, it's okay.  So the only person at least with | 12:58:03 |
| 5 | the title of manager was you during the opening shifts? | 12:58:11 |
| 6 | A   Yes. | 12:58:16 |
| 7 | Q   Would any team member -- and that's including | 12:58:16 |
| 8 | both front of the house and heart-of-house -- come to | 12:58:28 |
| 9 | you with any issues that they experienced during the | 12:58:32 |
| 10 | opening shift? | 12:58:36 |
| 11 | MS. ROUSSO:  I'm going to object to the form of the | 12:58:45 |
| 12 | question as vague and ambiguous. | 12:58:47 |
| 13 | Subject to those objections, if you understand | 12:58:53 |
| 14 | the question, you can answer. | 12:58:56 |
| 15 | THE WITNESS:  Repeat the question for me? | 12:59:00 |
| 16 | THE COURT REPORTER:  "Question:  Would any team | 12:59:05 |
| 17 | member -- and that's including both front of the house | 12:59:05 |
| 18 | and heart-of-house -- come to you with any issues that | 12:59:05 |
| 19 | they experienced during the opening shift?" | 12:59:19 |
| 20 | MS. ROUSSO:  I'm going to object to the form of the | 12:59:19 |
| 21 | question as calling for speculation.  My problem is the | 12:59:20 |
| 22 | use of the word "would". | 12:59:26 |
| 23 | MR. DALEY:  That's fine.  Let's change it. | 12:59:29 |
| 24 | BY MR. DALEY: | 12:59:29 |
| 25 | Q   Did any heart-of-the-house or front-of-the-house | 12:59:31 |

Page 106

| | | |
|---|---|---|
| 1 | employees come to you during the opening shift while you | 12:59:34 |
| 2 | were at Irvine? | 12:59:36 |
| 3 | A    Opening shift means -- | 12:59:38 |
| 4 | Q    Whenever you were working, did a team member | 12:59:43 |
| 5 | come to you with any issues during the shift? | 12:59:46 |
| 6 | MS. ROUSSO:  Object to the form of the question as | 12:59:49 |
| 7 | vague and ambiguous in terms of the term "any issues". | 12:59:53 |
| 8 | Subject to those objections, if you can | 12:59:57 |
| 9 | answer, you can do so. | 13:00:01 |
| 10 | THE WITNESS:  Sometimes. | 13:00:02 |
| 11 | BY MR. DALEY: | 13:00:07 |
| 12 | Q    How often? | 13:00:14 |
| 13 | A    I don't know. | 13:00:14 |
| 14 | Q    What I'm trying to figure out is when you say | 13:00:20 |
| 15 | "sometimes", does that mean sometimes during a | 13:00:26 |
| 16 | shift, like, once during a week?  Like, what's the | 13:00:31 |
| 17 | timeframe that "sometimes" refers to? | 13:00:34 |
| 18 | A    During the shift -- can I explain that? | 13:00:37 |
| 19 | Q    Yes. | 13:00:41 |
| 20 | A    If a guest didn't like their hamburger, it was | 13:00:41 |
| 21 | cold, the fries are cold, they come to me and say, | 13:00:45 |
| 22 | "Table 47 don't like the burger." | 13:00:51 |
| 23 | Q    Who would come to you?  The server? | 13:00:53 |
| 24 | A    The server. | 13:00:55 |
| 25 | Q    And then what are you supposed to do about it? | 13:00:56 |

Page 107

| | | |
|---|---|---|
| 1 | A   Make a new one and take it to the table, send it | 13:01:00 |
| 2 | to the table. | 13:01:03 |
| 3 | Q   And any other issues that you can recall that | 13:01:04 |
| 4 | team members would come to you about? | 13:01:10 |
| 5 | A   Not that I remember. | 13:01:13 |
| 6 | Q   So mainly guest complaints? | 13:01:15 |
| 7 | A   Yes. | 13:01:17 |
| 8 | Q   Was a team member authorized to just go to the | 13:01:17 |
| 9 | kitchen and say, "We need a new burger for Table 47," | 13:01:34 |
| 10 | and take it to them? | 13:01:38 |
| 11 | MS. ROUSSO:  Object to the form of the question. | 13:01:39 |
| 12 | Calls for speculation.  You're asking him what other | 13:01:40 |
| 13 | people are authorized to do. | 13:01:44 |
| 14 | I instruct you not to answer that. | 13:01:50 |
| 15 | BY MR. DALEY: | 13:01:52 |
| 16 | Q   Did you ever see a team member go to the kitchen | 13:01:52 |
| 17 | and ask for a new hamburger because of a guest | 13:01:56 |
| 18 | complaint? | 13:02:00 |
| 19 | A   Not that I remember.  I don't remember. | 13:02:00 |
| 20 | Q   How many team members worked during the opening | 13:02:09 |
| 21 | shift on average? | 13:02:15 |
| 22 | A   I don't recall. | 13:02:16 |
| 23 | Q   Well, let's break it down by position.  How many | 13:02:16 |
| 24 | servers would typically be staffed for the opening | 13:02:22 |
| 25 | shift? | 13:02:26 |

Page 108

| | | |
|---|---|---|
| 1 | kitchen, right, or near the kitchen? | 13:08:18 |
| 2 | A    Yes. | 13:08:19 |
| 3 | Q    In terms of scheduling, that was handled by | 13:08:20 |
| 4 | another manager? | 13:08:23 |
| 5 | A    Correct. | 13:08:24 |
| 6 | Q    So did you have any control over whether an expo | 13:08:24 |
| 7 | was scheduled or not? | 13:08:32 |
| 8 | A    No. | 13:08:34 |
| 9 | Q    And at least during the week, sometimes there | 13:08:35 |
| 10 | was an expo scheduled and sometimes there wasn't? | 13:08:47 |
| 11 | A    Correct. | 13:08:50 |
| 12 | Q    We forgot one.  Dishwasher is part of the | 13:08:51 |
| 13 | back-of-the-house? | 13:08:58 |
| 14 | A    Yes. | 13:08:59 |
| 15 | Q    And were you responsible for scheduling the | 13:08:59 |
| 16 | dishwasher? | 13:09:04 |
| 17 | A    Yes. | 13:09:04 |
| 18 | Q    Would a dishwasher be scheduled to work during | 13:09:05 |
| 19 | the week? | 13:09:15 |
| 20 | A    Say that again?  I'm sorry. | 13:09:15 |
| 21 | Q    Was a dishwasher scheduled to work during the | 13:09:18 |
| 22 | week? | 13:09:21 |
| 23 | A    No. | 13:09:21 |
| 24 | Q    And I think you were -- well, I guess I won't | 13:09:23 |
| 25 | assume what you were answering, but you're saying the | 13:09:32 |

Page 113

| | | |
|---|---|---|
| 1 | dishwasher is not scheduled during the week for either | 13:09:36 |
| 2 | the opening shift or the closing shift? | 13:09:39 |
| 3 |    A   Closing shift, yes.  Opening shift, we don't | 13:09:44 |
| 4 | have a dishwasher. | 13:09:51 |
| 5 |    Q   Do you know what time the dishwasher would come | 13:09:53 |
| 6 | in for the closing shift? | 13:10:04 |
| 7 |    A   After 5:00. | 13:10:05 |
| 8 |    Q   And for each of these heart-of-the-house | 13:10:06 |
| 9 | positions, the cooks, the expo -- well, not the expo, I | 13:10:13 |
| 10 | guess -- the cooks and the dishwashers, you set their | 13:10:18 |
| 11 | schedules for both opening and closing shifts for each | 13:10:25 |
| 12 | day of the week? | 13:10:29 |
| 13 |    A   Yes. | 13:10:30 |
| 14 |    MS. ROUSSO:  I'm sorry.  Can I hear that question and | 13:10:40 |
| 15 | answer back? | 13:10:42 |
| 16 |    THE COURT REPORTER:  "Question:  And for each of | 13:10:43 |
| 17 | these heart-of-the-house positions, the cooks, the expo | 13:10:43 |
| 18 | -- well, not the expo, I guess -- the cooks and the | 13:10:43 |
| 19 | dishwashers, you set their schedules for both opening | 13:10:43 |
| 20 | and closing shifts for each day of the week?" | 13:11:03 |
| 21 |    MS. ROUSSO:  Thank you. | 13:11:03 |
| 22 | BY MR. DALEY: | 13:11:12 |
| 23 |    Q   Was there ever a meeting prior to the restaurant | 13:11:12 |
| 24 | opening at 11:00 with the team members? | 13:11:22 |
| 25 |    A   Sometimes. | 13:11:26 |

Page 114

| | | |
|---|---|---|
| 1 | Q    When would there be meetings? | 13:11:43 |
| 2 | A    More on weekends. | 13:11:46 |
| 3 | Q    On weekends, you'd have a meeting before the | 13:11:57 |
| 4 | restaurant opened? | 13:12:10 |
| 5 | A    Not me, but the front-of-the-house manager. | 13:12:13 |
| 6 | Q    Would you be at the meetings? | 13:12:17 |
| 7 | A    No. | 13:12:19 |
| 8 | Q    So the front-of-the-house manager would have a | 13:12:19 |
| 9 | meeting with the front-of-the-house team members? | 13:12:23 |
| 10 | A    Yes. | 13:12:25 |
| 11 | Q    And you witnessed that?  You saw that? | 13:12:25 |
| 12 | A    I saw it behind the line, but I was not part of | 13:12:30 |
| 13 | that. | 13:12:35 |
| 14 | Q    I'm not asking -- you said that you weren't at | 13:12:35 |
| 15 | the meetings, but you saw the meetings happening? | 13:12:39 |
| 16 | A    Yes. | 13:12:42 |
| 17 | Q    Was it your understanding that you were expected | 13:12:49 |
| 18 | to hold pre-shift meetings with the heart-of-the-house | 13:12:51 |
| 19 | team members? | 13:12:56 |
| 20 | A    Yes. | 13:12:57 |
| 21 | Q    Did you have those pre-shift meetings? | 13:13:03 |
| 22 | A    No. | 13:13:11 |
| 23 | Q    Why not? | 13:13:12 |
| 24 | A    Because there was not enough time in the day. | 13:13:14 |
| 25 | Q    So prior to 11:00 o'clock when the restaurant | 13:13:31 |

Page 115

| | | |
|---|---|---|
| 1 | opened, there wasn't enough time for you to have a | 13:13:33 |
| 2 | meeting with the heart-of-the-house team members? | 13:13:36 |
| 3 | A    Correct. | 13:13:39 |
| 4 | Q    Are those pre-shift meetings, are they referred | 13:13:39 |
| 5 | to as ready-set-go's? | 13:13:45 |
| 6 | A    Yes. | 13:13:47 |
| 7 | Q    And was it your understanding you were expected | 13:13:48 |
| 8 | to have those prior to every shift? | 13:13:53 |
| 9 | A    Yes. | 13:13:56 |
| 10 | Q    Do you know what ready-set-goodbyes are? | 13:13:59 |
| 11 | A    Yes. | 13:14:12 |
| 12 | Q    What are ready-set-goodbyes? | 13:14:13 |
| 13 | A    When an employee is ready to go home. | 13:14:15 |
| 14 | Q    Did you have -- so that's at the end of their | 13:14:17 |
| 15 | shift; correct? | 13:14:22 |
| 16 | A    Correct. | 13:14:22 |
| 17 | Q    Did you have any ready-set-goodbyes with team | 13:14:22 |
| 18 | members while you were at Irvine? | 13:14:26 |
| 19 | A    No. | 13:14:27 |
| 20 | Q    Why not? | 13:14:28 |
| 21 | A    Because we didn't have the time.  We were | 13:14:29 |
| 22 | busy. | 13:14:33 |
| 23 | Q    But it was your understanding that you were | 13:14:33 |
| 24 | expected to have a ready-set-goodbye after every shift? | 13:14:43 |
| 25 | A    Yes. | 13:14:46 |

Page 116

| | | |
|---|---|---|
| 1 | Q    Was it your understanding that as a kitchen | 13:14:47 |
| 2 | manager, you were expected to hire employees or team | 13:14:56 |
| 3 | members for the heart-of-the-house? | 13:15:00 |
| 4 | A    No. | 13:15:02 |
| 5 | Q    That was not your expectation? | 13:15:03 |
| 6 | A    No. | 13:15:08 |
| 7 | Q    You were never told by anyone from Red Robin | 13:15:08 |
| 8 | that you were supposed to hire any heart-of-the-house | 13:15:13 |
| 9 | employee? | 13:15:17 |
| 10 | A    Can I explain that? | 13:15:17 |
| 11 | Q    Yes. | 13:15:22 |
| 12 | A    I was instructed to recommend, but only the | 13:15:23 |
| 13 | general manager can hire a team member/employee. | 13:15:32 |
| 14 | Q    Okay.  So you were instructed to recommend | 13:15:36 |
| 15 | someone to be hired for a heart-of-the-house position? | 13:15:41 |
| 16 | A    Correct. | 13:15:44 |
| 17 | Q    Did you do that while you were at Irvine; did | 13:15:45 |
| 18 | you ever recommend anyone to be hired for the | 13:15:51 |
| 19 | heart-of-the-house? | 13:15:53 |
| 20 | A    I don't recall at this moment. | 13:15:53 |
| 21 | Q    You can't remember ever doing that? | 13:16:02 |
| 22 | A    I don't remember at this moment. | 13:16:03 |
| 23 | Q    What about firing heart-of-the-house team | 13:16:08 |
| 24 | members, did you ever fire a heart-of-the-house team | 13:16:14 |
| 25 | member? | 13:16:18 |

Veritext Legal Solutions
866 299-5127

```
 1      A    No.                                              13:16:18

 2      Q    Did you ever recommend that a heart-of-the-house  13:16:18

 3   team member be fired?                                    13:16:24

 4      A    I recommended, yes.                              13:16:25

 5      Q    Do you remember who you recommended to be fired? 13:16:29

 6      A    No.                                              13:16:33

 7      Q    And who did you make that recommendation to?     13:16:34

 8      A    The general manager and the group.               13:16:37

 9      Q    The group?                                       13:16:40

10      A    The other managers.                              13:16:41

11      Q    Do you remember what position the person was in  13:16:43

12   that you recommended to be fired?                        13:16:51

13      A    No.                                              13:16:53

14      Q    But it was a heart-of-the-house position?        13:16:53

15      A    Front and back.                                  13:16:57

16      Q    Front and back?                                  13:17:00

17      A    Yes.                                             13:17:02

18      Q    You mean the person that you were recommending   13:17:03

19   to be fired worked both the front of the house and the   13:17:06

20   back of the house?                                       13:17:08

21      A    Yes, expo.                                       13:17:09

22      Q    Expo.  So you recommended that this expo be      13:17:11

23   fired.  Why were you recommending that he or she be      13:17:19

24   fired?                                                   13:17:26

25      A    I don't recall at this moment.  There's attitude 13:17:27
```

Page 118

```
 1   involved.                                              13:17:38

 2       Q    Attitude?                                     13:17:38

 3       A    Yes.                                          13:17:39

 4       Q    And so you made this recommendation that this  13:17:39

 5   expo be fired to the GM and the other managers.  Was the  13:17:45

 6   expo fired?                                            13:17:51

 7       A    No.                                           13:17:52

 8       Q    No?                                           13:17:52

 9       A    No.                                           13:17:52

10       Q    At any point the expo was not fired?          13:17:53

11       A    No.                                           13:17:58

12       MR. DALEY:   I'm going to mark as 5 Team Member Action  13:18:52

13   Logs, RR002240 through RR002249.                       13:19:03

14                (Exhibit 5 was marked for identification by  13:19:11

15                the Certified Shorthand Reporter, a copy of  13:19:11

16                which is attached hereto.)                13:19:25

17   BY MR. DALEY:                                          13:19:25

18       Q    Take a minute to look at these when you get   13:19:26

19   them.  Have you had a chance to look at these?         13:19:31

20       A    Yes.                                          13:21:05

21       Q    On the first page, it says "Team Member Action  13:21:05

22   Log".  What is your understanding of the purpose of the  13:21:14

23   team member action log?                                13:21:16

24       A    To write something positive and something    13:21:25

25   coaching, so coaching and positive, team member action  13:21:28
```

Page 119

| | | |
|---|---|---|
| 1 | log. | 13:21:33 |
| 2 | Q   So it's for good things? | 13:21:34 |
| 3 | A   Yeah, positive and negative. | 13:21:42 |
| 4 | Q   Oh, both? | 13:21:44 |
| 5 | A   Yeah, both. | 13:21:45 |
| 6 | Q   And is it for the managers to write something | 13:21:46 |
| 7 | positive or negative about the team members? | 13:22:01 |
| 8 | A   Correct. | 13:22:03 |
| 9 | Q   So on this first page, it's dated October 23rd, | 13:22:04 |
| 10 | 2016, and the name of the team member, it looks like, | 13:22:14 |
| 11 | has been redacted, "Called 1.5 hours before her shift," | 13:22:16 |
| 12 | and then it says, "Manager signed, Marcos."  Is that | 13:22:23 |
| 13 | your signature? | 13:22:28 |
| 14 | A   Yes. | 13:22:28 |
| 15 | Q   So this is a -- is this an example of a positive | 13:22:29 |
| 16 | thing or a negative thing about this particular team | 13:22:35 |
| 17 | member? | 13:22:38 |
| 18 | A   Coaching that he was 1.5 hours late, but this is | 13:22:38 |
| 19 | just a coaching sheet. | 13:22:51 |
| 20 | Q   I don't understand what you mean by that.  It's | 13:22:52 |
| 21 | just documentation, it's just a coaching sheet? | 13:22:57 |
| 22 | A   It's just a coaching to let them know that he or | 13:22:59 |
| 23 | she was 1.5 hours late. | 13:23:03 |
| 24 | Q   Oh, okay.  So does this mean that you had a | 13:23:05 |
| 25 | conversation with this team member about being an hour | 13:23:09 |

Page 120

| | | |
|---|---|---|
| 1 | and a half late? | 13:23:13 |
| 2 | A    Mentioned it. | 13:23:14 |
| 3 | Q    So you mentioned it to them, and then you | 13:23:15 |
| 4 | documented it in the action log? | 13:23:17 |
| 5 | A    Yeah. | 13:23:19 |
| 6 | Q    Is that -- is this October 23rd, 2016 entry an | 13:23:19 |
| 7 | example of what you would document in the action log? | 13:23:28 |
| 8 | A    Yes. | 13:23:34 |
| 9 | Q    Next page, about halfway down, the entry is | 13:23:35 |
| 10 | dated -- I can't tell if it's a "5" or a "6".  It looks | 13:23:50 |
| 11 | like it's 5/26/2016, and then there's a redaction, the | 13:23:55 |
| 12 | black box, and it says, "Was late 14 minutes, didn't | 13:24:03 |
| 13 | call restaurant."  Is that your signature in the manager | 13:24:06 |
| 14 | box next to that entry? | 13:24:11 |
| 15 | A    Yes. | 13:24:13 |
| 16 | Q    Is that signature, what is that, a "P" or a "T"? | 13:24:13 |
| 17 | A    Which one? | 13:24:22 |
| 18 | Q    The 5/26/16 entry where you signed it, what | 13:24:23 |
| 19 | symbol is that?  Is that a "P"? | 13:24:30 |
| 20 | A    That's not mine.  Mine is Marcos down below. | 13:24:32 |
| 21 | Q    Oh, so at 8/6 maybe? | 13:24:38 |
| 22 | A    8/6. | 13:24:42 |
| 23 | Q    Was half an hour late for a shift and then | 13:24:42 |
| 24 | Marcos? | 13:24:45 |
| 25 | A    Yeah. | 13:24:46 |

Veritext Legal Solutions
866 299-5127

```
 1      Q    Is that typically how you would sign documents    13:24:46

 2   is you would just spell out your first name?             13:24:50

 3      A    Yes.                                             13:24:52

 4      Q    Okay.  So if you look above, if you look on the  13:24:53

 5   entry for 5/26/16, "Was late 14 minutes, didn't call    13:24:58

 6   restaurant," that signature or whatever that symbol is,  13:25:03

 7   that's not your signature or symbol?                     13:25:06

 8      A    Sorry.  Which one?                               13:25:08

 9      Q    On the entry 5/26/16, this, like, "P" or it's    13:25:12

10   some symbol, that's not yours?                           13:25:18

11      MS. ROUSSO:  I think he said that wasn't his.         13:25:20

12      THE WITNESS:  That's not mine.                        13:25:23

13      MR. DALEY:  I don't know if he saw the one that I     13:25:24

14   was referring to.                                        13:25:26

15      THE WITNESS:  No.                                     13:25:27

16   BY MR. DALEY:                                            13:25:31

17      Q    Okay.  So 9/18/16, "Was 11 minutes late, written 13:25:31

18   warning issued," and then that's your signature?  It     13:25:35

19   looks to me like Marcos.  Is that your signature?        13:25:41

20      A    Yes, "11 minutes late," and somebody else wrote, 13:25:44

21   "Written warning issued."  That's not my handwriting.    13:25:51

22   Somebody put that later.                                 13:25:53

23      Q    Okay.                                            13:25:55

24      MS. ROUSSO:  I'm sorry.  I kind of lost where we are  13:25:58

25   now.                                                     13:26:01
```

Page 122

```
 1        MR. DALEY:  9/18/16.                        13:26:01

 2        MS. ROUSSO:  Oh, okay.  Thank you.          13:26:03

 3        THE WITNESS:  That handwriting is not mine. 13:26:05

 4        MS. ROUSSO:  Right.                         13:26:07

 5   BY MR. DALEY:                                    13:26:08

 6     Q    Okay.  Next page, September 10th, 2016, the    13:26:10

 7   first entry says, "Left, unfinished his shift, wasn't 13:26:16

 8   able to complete his shift, left early for family      13:26:24

 9   situation."  Is that your signature there?        13:26:28

10     A    It's mine, but the second writing is not mine. 13:26:30

11     Q    Say that again?                           13:26:36

12     A    The first writing on top and the signature is 13:26:37

13   mine.  The second one, "Wasn't able to complete," that's 13:26:40

14   not my handwriting.                              13:26:45

15     Q    So just the part that says, "Left, unfinished 13:26:46

16   his shift," that's your handwriting?             13:26:49

17     A    Yes.                                      13:26:51

18     Q    Okay.                                     13:26:52

19        MS. ROUSSO:  Do you think we could take our break 13:27:05

20   now?                                             13:27:09

21        MR. DALEY:  Can I finish this?              13:27:09

22        MS. ROUSSO:  Oh, yeah, cool.                13:27:11

23        MR. DALEY:  Maybe five or ten minutes, and then we 13:27:12

24   can.                                             13:27:16

25   ///                                              13:27:18
```

Page 123

| | | |
|---|---|---|
| 1 | BY MR. DALEY: | 13:27:18 |
| 2 | Q    So the next page, it's got the 2244, that one | 13:27:18 |
| 3 | there. | 13:27:22 |
| 4 | A    Okay. | 13:27:23 |
| 5 | Q    The third entry, it's October 26th, 2016.  It | 13:27:25 |
| 6 | says, "Forgot to clock in," and then your signature; | 13:27:29 |
| 7 | correct? | 13:27:32 |
| 8 | A    Yes. | 13:27:33 |
| 9 | Q    So if a team member forgot to clock in, how | 13:27:33 |
| 10 | would you know? | 13:27:41 |
| 11 | A    Because we have a manager card that you swipe | 13:27:45 |
| 12 | after a few minutes late. | 13:27:51 |
| 13 | Q    Okay.  So as a manager, you had a manager card, | 13:27:53 |
| 14 | and then they wouldn't be able to clock in if they were | 13:27:56 |
| 15 | late? | 13:28:00 |
| 16 | A    That's correct. | 13:28:00 |
| 17 | Q    And so they would have to ask you to? | 13:28:01 |
| 18 | A    To give them a swipe or pass the card when they | 13:28:04 |
| 19 | need to clock in. | 13:28:09 |
| 20 | Q    Okay.  How often would that happen? | 13:28:10 |
| 21 | A    A lot.  To clock in, to clock in, to clock in. | 13:28:12 |
| 22 | So if you see the page right here, a lot. | 13:28:18 |
| 23 | Q    The team members were always coming in late? | 13:28:21 |
| 24 | A    (Inaudible response) | 13:28:23 |
| 25 | Q    But just from your experience, did you have to | 13:28:25 |

Page 124

```
 1   do that a lot?                                        13:28:29

 2       A    Just hand them my card.  No, because you can see  13:28:31

 3   there's a lot more than mine.                         13:28:34

 4       Q    Right.                                       13:28:37

 5       A    So no.                                       13:28:37

 6       Q    I'm just asking what you remember, not what's  13:28:38

 7   reflected in this document.                           13:28:40

 8       A    No.                                          13:28:41

 9       Q    During your shifts, do you remember team members  13:28:42

10   being late and you having to give them your card to   13:28:45

11   clock in?                                             13:28:50

12       A    I don't remember.                            13:28:50

13       Q    But that's the type of issue that would be --  13:28:51

14   that you would document in the team member action log?  13:28:57

15       A    Yes.                                         13:29:00

16       Q    There's an RR002246.  It's a team member written  13:29:00

17   warning dated October 16th, 2016.  On the next page,  13:29:13

18   it's got "Manager 1 signature".  Is that your signature  13:29:31

19   there?                                                13:29:35

20       A    Yes.                                         13:29:35

21       Q    Do you recall issuing a written warning to a  13:29:36

22   team member about attendance on October 16th, 2016?   13:29:46

23       A    No.                                          13:29:52

24       Q    Do you recall ever issuing a written warning  13:29:54

25   like the one that's reflected here to any team member?  13:30:06
```

Page 125

| | | |
|---|---|---|
| 1 | A    No, I don't recall. | 13:30:11 |
| 2 | Q    Okay.  The last page -- second to the last page, | 13:30:12 |
| 3 | 2248, dated August 11th, 2014, it says, "Has had | 13:30:24 |
| 4 | multiple tardies over a short period of time."  Is that | 13:30:30 |
| 5 | your signature under "Manager 2"? | 13:30:35 |
| 6 | A    Yes. | 13:30:37 |
| 7 | Q    Do you remember issuing this written warning | 13:30:37 |
| 8 | to -- I think it's Jenny? | 13:30:45 |
| 9 | A    Henny. | 13:30:49 |
| 10 | Q    Do you know who that is? | 13:30:50 |
| 11 | A    I know who she is, but I don't remember this. | 13:30:51 |
| 12 | Q    Okay.  And then the last page, 2249, do you | 13:31:06 |
| 13 | recognize your signature down at the bottom, Manager 2 | 13:31:14 |
| 14 | signature? | 13:31:16 |
| 15 | A    Yes. | 13:31:16 |
| 16 | Q    And this is dated March 30th, 2013, and it looks | 13:31:17 |
| 17 | like there was a drink that was found in the prep area, | 13:31:25 |
| 18 | and this particular team member had been warned many | 13:31:30 |
| 19 | times.  Do you recall issuing a written warning to a | 13:31:33 |
| 20 | team member for having a drink in the prep area? | 13:31:35 |
| 21 | A    I don't remember this particular write-up. | 13:31:39 |
| 22 | Q    Was that an example of an issue that you would | 13:31:46 |
| 23 | write up a team member for? | 13:31:50 |
| 24 | MS. ROUSSO:  I'm going to object to the form of the | 13:31:54 |
| 25 | question as vague. | 13:31:57 |

Veritext Legal Solutions
866 299-5127

```
 1        If you understand the question, you may     13:31:57

 2   answer.                                          13:31:59

 3      THE WITNESS:  No, I don't.                     13:32:01

 4   BY MR. DALEY:                                     13:32:02

 5      Q   So that wasn't an example of an issue that you   13:32:03

 6   would write a team member up for?                 13:32:08

 7      A   I don't remember at this moment.           13:32:10

 8      Q   I'm not asking about this specific time.  I    13:32:18

 9   mean, this was over five years ago.  I'm just asking if   13:32:22

10   there was a drink, some team member's drink in the prep   13:32:27

11   area, and the Stair Tech audit came through and found   13:32:33

12   that, would that be an issue that you would write a team   13:32:36

13   member up for?                                    13:32:39

14      A   Yes.                                        13:32:40

15      Q   And same with tardy, if they were being tardy a   13:32:40

16   number of times, that would be another issue you would   13:32:45

17   write a team member up for?                       13:32:47

18      A   Yes.                                        13:32:51

19      MR. DALEY:  Okay.  Why don't we take a break?   13:32:58

20      MS. ROUSSO:  Okay.                             13:33:00

21        (Recess taken from 1:33 p.m. to 2:32 p.m.)    14:32:34

22      MR. DALEY:  Let's go back on.                   14:32:34

23   BY MR. DALEY:                                     14:32:34

24      Q   Welcome back.  Is there any reason why we cannot   14:32:39

25   proceed with your deposition this afternoon?       14:32:42
```

Page 127

```
 1      A   No.                                        14:32:44

 2      Q   Okay.  We left off discussing some of the duties   14:32:45

 3   that you performed as a kitchen manager at the Irvine   14:32:53

 4   location, and so I'm just going to keep going along   14:32:55

 5   those same lines.                                  14:32:59

 6          As a kitchen manager, did you train team members   14:33:01

 7   at the Irvine location?                            14:33:09

 8      A   Not that I remember.                        14:33:11

 9      Q   Did you ever conduct -- I think Red Robin refers   14:33:20

10   to them as TLFGs or Team Leader Focus Groups?      14:33:32

11      A   Yes.                                        14:33:37

12      Q   And so you presented at a TLFG?             14:33:37

13      A   Yes, but can I explain?                     14:33:42

14      Q   Yes.                                        14:33:47

15      A   It was a short meeting, but I was a support of   14:33:49

16   the food supervisor, the corporate food supervisor.   14:33:54

17      Q   When you say the food supervisor, what's the --   14:33:59

18   you said corporate --                              14:34:08

19      A   Not chef, but corporate food supervisor.   14:34:10

20      Q   And do you have any idea what the corporate food   14:34:14

21   supervisor does?                                   14:34:17

22      A   Mainly focused on roll-out of new menus or new   14:34:17

23   food promos.                                       14:34:26

24      Q   Okay.  And now you said these were meetings, and   14:34:27

25   you were primarily supporting the corporate food   14:34:35
```

Page 128

```
1    supervisor at these meetings?                    14:34:41

2        A    Yes.                                     14:34:42

3        Q    And how would you support the food supervisor?   14:34:42

4        A    He would give the materials, and we prep the   14:34:45

5    items, the food, and show the rest of the managers the   14:34:52

6    food demos.                                       14:34:57
```

```
7        Q    Okay.  Who was the food supervisor?      14:35:00

8        A    Cesar Ramirez and Adolfo Gonzales.       14:35:04

9        Q    And so they would give you materials for these   14:35:19

10   meetings, and what were you supposed to do with the   14:35:26

11   materials                                          14:35:31

12       A    Read the recipe, prep the items.  There's a   14:35:31

13   recipe for prepping and containers and get them ready   14:35:39

14   for the next day, and the next day we follow the recipe   14:35:44

15   and make it as a group.                            14:35:48

16       Q    Did you have any of the cooks from the Irvine   14:35:49

17   location help prep these new roll-out items?       14:35:54

18       A    Sometimes.                               14:35:59

19       Q    When you say sometimes, does that mean they   14:36:02

20   would do it sometimes, and you would do it sometimes?   14:36:08

21       A    In some meetings, they helped, but Cesar Ramirez   14:36:11

22   always came and worked with me and other managers from   14:36:17

23   other locations, and we prepped everything and set it up   14:36:20

24   for the next day.                                  14:36:24

25       Q    How many times do you think you prepped for a   14:36:25
```

Page 129

| | | |
|---|---|---|
| 1 | agenda to the GMIrvine e-mail address? | 14:43:52 |
| 2 | A   I don't remember. | 14:43:56 |
| 3 | Q   Down a little bit further is the address and | 14:43:58 |
| 4 | timestamp for the original e-mail address, and in the to | 14:44:10 |
| 5 | box, it says, "Region list 59, Rebecca Bailey."  Who's | 14:44:14 |
| 6 | Rebecca Bailey? | 14:44:21 |
| 7 | A   She was the original supervisor. | 14:44:22 |
| 8 | Q   Supervisor of? | 14:44:26 |
| 9 | A   These locations that's stated on the e-mail. | 14:44:29 |
| 10 | Q   So she was like a district manager? | 14:44:34 |
| 11 | A   Correct. | 14:44:38 |
| 12 | Q   Or I think Red Robin refers to them as RODs; is | 14:44:39 |
| 13 | that right? | 14:44:45 |
| 14 | A   Yes. | 14:44:45 |
| 15 | Q   So she was the ROD of the Irvine location? | 14:44:45 |
| 16 | A   Yes. | 14:44:51 |
| 17 | Q   And, apparently, she was the ROD of Santa Ana, | 14:44:52 |
| 18 | Orange, Cypress, Galleria, Cerritos, and Candlewood? | 14:45:01 |
| 19 | A   Correct. | 14:45:05 |
| 20 | Q   That's your understanding? | 14:45:05 |
| 21 | A   Yes. | 14:45:06 |
| 22 | Q   So this particular TLFG appears to be a Lent | 14:45:07 |
| 23 | promo.  Do you recall presenting at a Lent promo TLFG? | 14:45:20 |
| 24 | A   As a group, yes. | 14:45:30 |
| 25 | Q   I'm asking if you remember presenting to a group | 14:45:35 |

Page 134

| | | |
|---|---|---|
| 1 | supervisor show the promo? | 14:47:28 |
| 2 | A   I don't recall that.  I was to attend the | 14:47:32 |
| 3 | meeting.  I don't recall if I -- | 14:47:42 |
| 4 | Q   You don't recall if you -- | 14:47:50 |
| 5 | A   Were demonstrating. | 14:47:52 |
| 6 | Q   At other locations? | 14:47:55 |
| 7 | A   At other locations. | 14:47:56 |
| 8 | Q   Do you know what a CLC certification is? | 14:48:41 |
| 9 | A   I don't remember what that's for. | 14:48:44 |
| 10 | Q   Do you recall ever observing other team members | 14:48:49 |
| 11 | at the Irvine location as they went through the CLC | 14:48:57 |
| 12 | certification process? | 14:49:02 |
| 13 | A   I don't remember. | 14:49:05 |
| 14 | Q   Do you know who Luis Garcia is? | 14:49:06 |
| 15 | A   Yes. | 14:49:14 |
| 16 | Q   Who's Luis Garcia? | 14:49:15 |
| 17 | A   A cook. | 14:49:17 |
| 18 | Q   Did you ever train Luis Garcia? | 14:49:19 |
| 19 | A   Personally, no. | 14:49:30 |
| 20 | Q   When you say -- so who trained Luis Garcia? | 14:49:38 |
| 21 | A   Other cooks. | 14:49:49 |
| 22 | Q   But who? | 14:49:50 |
| 23 | A   I don't recall. | 14:49:51 |
| 24 | Q   But you recall other cooks training Luis? | 14:49:51 |
| 25 | A   Yes. | 14:49:54 |

Page 136

```
 1      Q    Did you hire Luis?                            14:49:54

 2      A    I recommended.  He was hired by a gentleman.  14:49:56

 3      Q    So you recommended that Luis get hired, and the  14:50:05

 4   GM hired him?                                         14:50:09

 5      A    Yes.                                          14:50:10

 6      Q    And he was hired as a cook?                   14:50:10

 7      A    Yes.                                          14:50:13

 8      Q    Do you remember when that was?                14:50:14

 9      A    No.                                           14:50:16

10      Q    No?                                           14:50:16

11      A    No.                                           14:50:18

12      Q    As a kitchen manager, did you do ordering for  14:50:18

13   the restaurant?                                       14:50:32

14      A    Yes.                                          14:50:33

15      Q    And how would you do the ordering for the Irvine  14:50:38

16   restaurant?                                           14:50:46

17      MS. ROUSSO:  The question is vague and ambiguous.  14:50:46

18          You may answer.  If you understand what he's   14:50:49

19   asking you, you can answer.  If you don't             14:50:57

20   understand, have him rephrase it.                     14:51:00

21      THE WITNESS:  Repeat that question for me, please?  14:51:04

22   BY MR. DALEY:                                         14:51:04

23      Q    Did you do ordering for the Irvine restaurant?  14:51:06

24      MS. ROUSSO:  No, your question was how did you do the  14:51:10

25   ordering.                                             14:51:13
```

Page 137

| | | |
|---|---|---|
| 1 | Q    How would you know how much of a product to | 14:52:09 |
| 2 | order? | 14:52:18 |
| 3 | A    We have a par for ordering. | 14:52:18 |
| 4 | Q    What are pars? | 14:52:29 |
| 5 | A    Pars is you average the last three weeks before | 14:52:35 |
| 6 | in the usage, and then you decide how much you need. | 14:52:42 |
| 7 | Q    So you would look at the last three weeks, how | 14:52:46 |
| 8 | much you used of a certain product, and create an | 14:52:54 |
| 9 | average, and that would be your par? | 14:52:57 |
| 10 | A    Correct. | 14:52:59 |
| 11 | Q    And then how would you know how much to order | 14:53:00 |
| 12 | going forward after you created the par? | 14:53:06 |
| 13 | A    On hand -- if your par is five and you got two, | 14:53:09 |
| 14 | you order three. | 14:53:15 |
| 15 | Q    Okay.  In creating the pars, did you -- was that | 14:53:16 |
| 16 | just a program that you used on the computer? | 14:53:31 |
| 17 | MS. ROUSSO:  I'm going to object to the form of the | 14:53:36 |
| 18 | question as misstating testimony.  I don't think he | 14:53:39 |
| 19 | actually said he created pars.  Maybe we can clean that | 14:53:41 |
| 20 | up. | 14:53:45 |
| 21 | MR. DALEY:  Are you instructing him not to answer | 14:53:49 |
| 22 | or -- | 14:53:51 |
| 23 | MS. ROUSSO:  No.  If he understands your question, he | 14:53:52 |
| 24 | can answer it. | 14:53:57 |
| 25 | THE WITNESS:  Repeat that for me again? | 14:54:01 |
| | | Page 139 |

| | | |
|---|---|---|
| 1 | the racks. | 14:57:21 |
| 2 | Q    So you were helping the cook do that? | 14:57:22 |
| 3 | A    To finish up on time, yes. | 14:57:24 |
| 4 | Q    Was there one cook in particular that would | 14:57:27 |
| 5 | typically put the orders away? | 14:57:31 |
| 6 | A    Variance. | 14:57:34 |
| 7 | Q    Was putting the order away done in the opening | 14:57:35 |
| 8 | shift, the morning? | 14:57:41 |
| 9 | A    Yes. | 14:57:42 |
| 10 | Q    As a kitchen manager, were you responsible for | 14:57:43 |
| 11 | overseeing food preparation? | 14:57:56 |
| 12 | MS. ROUSSO:   Object to the form of the question as | 14:58:03 |
| 13 | vague. | 14:58:05 |
| 14 | Subject to that, you may answer. | 14:58:06 |
| 15 | THE WITNESS:   Rephrase that for me, please? | 14:58:09 |
| 16 | BY MR. DALEY: | 14:58:09 |
| 17 | Q    As the kitchen manager for the Irvine location, | 14:58:14 |
| 18 | were you responsible for overseeing food preparation? | 14:58:16 |
| 19 | A    Yes. | 14:58:18 |
| 20 | Q    And how would you oversee food preparation? | 14:58:28 |
| 21 | MS. ROUSSO:   I'm going to object to the form of the | 14:58:32 |
| 22 | question as vague and ambiguous. | 14:58:35 |
| 23 | Subject to those objections, you may answer if | 14:58:37 |
| 24 | you understand the question. | 14:58:41 |
| 25 | THE WITNESS:   No. | 14:58:43 |

Page 142

```
1    BY MR. DALEY:                                    14:58:47

2        Q   Do you not understand the question?     14:58:47

3        A   No.                                      14:58:49

4        Q   Would you sign a label on prepped food items at   14:58:49

5    the restaurant?                                  14:59:10

6        MS. ROUSSO:   Object to the form of the question as   14:59:18

7    vague and ambiguous.                             14:59:21

8            Subject to that question, you may answer.   14:59:22

9        THE WITNESS:   No.                           14:59:24

10   BY MR. DALEY:                                    14:59:39

11       Q   On prepped sauces, did you have to check the   14:59:45

12   quality of the prepped sauces?                   14:59:50

13       A   Was I supposed to?   Yes.                14:59:52

14       Q   You're saying you were supposed to check the   15:00:07

15   quality of the prepped sauces?                   15:00:14

16       A   Yes.                                     15:00:16

17       Q   But did you?                             15:00:17

18       A   No.                                      15:00:23

19       Q   Why not?                                 15:00:24

20       A   Because there was not enough time to finish up   15:00:25

21   opening the restaurant.                          15:00:31

22       Q   As a kitchen manager, did you interact with   15:00:33

23   guests?                                          15:00:48

24       MS. ROUSSO:   I'm going to object to the form of the   15:00:52

25   question as vague and ambiguous.                 15:00:54
```

Page 143

| | | |
|---|---|---|
| 1 | manager on duty, were you responsible for resolving the | 15:04:54 |
| 2 | guest complaint? | 15:04:59 |
| 3 | A    No. | 15:05:04 |
| 4 | Q    Who was responsible for resolving guest | 15:05:05 |
| 5 | complaints? | 15:05:09 |
| 6 | A    All the managers. | 15:05:09 |
| 7 | Q    All the managers together? | 15:05:15 |
| 8 | A    Yeah, whoever came in after, they called to find | 15:05:18 |
| 9 | out what happened.  I never did the guest recovery. | 15:05:25 |
| 10 | Q    You never did the -- | 15:05:29 |
| 11 | A    The guest recovery, that's what it is, that's a | 15:05:30 |
| 12 | guest complaint. | 15:05:33 |
| 13 | Q    So you never did guest recovery? | 15:05:34 |
| 14 | A    No. | 15:05:37 |
| 15 | Q    Were you expected to do guest recovery? | 15:05:37 |
| 16 | A    Yes. | 15:05:43 |
| 17 | Q    So why didn't you ever do guest recovery? | 15:05:51 |
| 18 | A    I didn't have the capability to smooth out an | 15:05:56 |
| 19 | angry customer. | 15:06:07 |
| 20 | Q    Why not? | 15:06:08 |
| 21 | A    I didn't feel comfortable. | 15:06:09 |
| 22 | Q    Did you tell anyone that? | 15:06:11 |
| 23 | A    Yeah.  Well, the other managers. | 15:06:12 |
| 24 | Q    You told other managers? | 15:06:17 |
| 25 | A    Yes. | 15:06:18 |

Page 145

| | | |
|---|---|---|
| 1 | A    Carbonic.  No. | 15:16:06 |
| 2 | Q    You didn't place the order for Carbonic for | 15:16:08 |
| 3 | Irvine? | 15:16:12 |
| 4 | A    No. | 15:16:13 |
| 5 | Q    Who did? | 15:16:13 |
| 6 | A    They were on schedule. | 15:16:14 |
| 7 | Q    Oh, so they would be ordered automatically? | 15:16:15 |
| 8 | A    They're on the schedule. | 15:16:19 |
| 9 | Q    Okay.  Do you recall receiving invoices from | 15:16:24 |
| 10 | Coastal Carbonic? | 15:16:28 |
| 11 | A    No. | 15:16:30 |
| 12 | Q    Did you ever have a discussion with any team | 15:16:34 |
| 13 | member at Irvine about Red Robin dress code? | 15:16:54 |
| 14 | A    Not that I remember. | 15:17:04 |
| 15 | Q    Did you ever have a discussion with any team | 15:17:05 |
| 16 | member at Irvine about when they're supposed to take | 15:17:10 |
| 17 | rest breaks? | 15:17:15 |
| 18 | A    I don't remember. | 15:17:16 |
| 19 | Q    As a kitchen manager, were you responsible for | 15:17:19 |
| 20 | making sure the restaurant was adequately staffed each | 15:17:25 |
| 21 | day? | 15:17:30 |
| 22 | A    Can you rephrase that? | 15:17:30 |
| 23 | Q    Were you responsible for making sure the | 15:17:34 |
| 24 | restaurant was adequately staffed each day? | 15:17:39 |
| 25 | A    I don't understand the question clearly. | 15:17:43 |

Page 151

| | | |
|---|---|---|
| 1 | Q   So you do the opening shift; right?  If only two | 15:17:56 |
| 2 | servers show up and you need four, who's responsible for | 15:18:04 |
| 3 | getting the two other servers that you need? | 15:18:10 |
| 4 | A   The manager on the shift. | 15:18:15 |
| 5 | Q   And if you're the manager on the shift, that | 15:18:17 |
| 6 | means you would be responsible for getting the two other | 15:18:19 |
| 7 | servers? | 15:18:23 |
| 8 | MS. ROUSSO:  I'm going to object to the form of the | 15:18:24 |
| 9 | question as an incomplete hypothetical.  And I don't | 15:18:26 |
| 10 | think we've -- well, I'll leave it at that.  Also, let | 15:18:32 |
| 11 | me add this.  I think it's also vague and ambiguous.  He | 15:18:35 |
| 12 | just told you he didn't understand the question, but | 15:18:40 |
| 13 | then you asked him a different question, so I'm a little | 15:18:43 |
| 14 | lost. | 15:18:46 |
| 15 | BY MR. DALEY: | 15:18:53 |
| 16 | Q   Do you understand the question? | 15:18:53 |
| 17 | A   No. | 15:18:54 |
| 18 | Q   Okay.  So you said if only two servers showed up | 15:18:55 |
| 19 | and you needed four servers, then the manager on duty | 15:19:03 |
| 20 | would be responsible for getting coverage for the two | 15:19:05 |
| 21 | other servers; correct?  Is that right? | 15:19:08 |
| 22 | MS. ROUSSO:  If you don't understand, you can say so, | 15:19:15 |
| 23 | or if you want to explain something, you can say so, but | 15:19:18 |
| 24 | make sure you don't answer anything if you don't | 15:19:23 |
| 25 | understand. | 15:19:26 |

Page 152

| | | |
|---|---|---|
| 1 | THE WITNESS:  Can I explain? | 15:19:27 |
| 2 | MR. DALEY:  Please. | 15:19:34 |
| 3 | THE WITNESS:  If the schedule is four and two don't | 15:19:35 |
| 4 | show up, all I can do is try to get on the phone and try | 15:19:37 |
| 5 | to get two more.  If not, I have to run with what I | 15:19:40 |
| 6 | have. | 15:19:43 |
| 7 | BY MR. DALEY: | 15:19:43 |
| 8 | Q    Right.  Okay.  Great.  So if you're the manager | 15:19:43 |
| 9 | on duty and there's four on the schedule, two don't show | 15:19:46 |
| 10 | up, all you can do is get on the phone and try to get | 15:19:50 |
| 11 | two more? | 15:19:54 |
| 12 | A    Correct. | 15:19:54 |
| 13 | Q    But as a manager, that was one of your | 15:19:55 |
| 14 | responsibilities? | 15:19:58 |
| 15 | A    Yes. | 15:19:59 |
| 16 | Q    What -- actually, let's go back to that for a | 15:19:59 |
| 17 | moment.  How often would it happen that employees called | 15:20:09 |
| 18 | out on the day of a shift? | 15:20:12 |
| 19 | A    I don't recall that. | 15:20:14 |
| 20 | Q    Once a week? | 15:20:15 |
| 21 | MS. ROUSSO:  You're asking about all employees for | 15:20:18 |
| 22 | the whole restaurant? | 15:20:20 |
| 23 | MR. DALEY:  Yeah, all employees when you're the | 15:20:21 |
| 24 | manager on duty? | 15:20:24 |
| 25 | MS. ROUSSO:  Okay.  So the question -- I'm going to | 15:20:25 |

Page 153

| | | |
|---|---|---|
| 1 | MS. ROUSSO:  That question is compound.  If you could | 15:21:42 |
| 2 | break it down, please. | 15:21:46 |
| 3 | BY MR. DALEY: | 15:21:48 |
| 4 | Q    Did an employee ever call out while you were on | 15:21:48 |
| 5 | duty as the manager at Irvine? | 15:21:51 |
| 6 | MS. ROUSSO:  I'm going to object that that question | 15:21:54 |
| 7 | calls for speculation. | 15:21:57 |
| 8 | THE WITNESS:  I don't recall. | 15:21:59 |
| 9 | BY MR. DALEY: | 15:22:00 |
| 10 | Q    You don't ever recall having an employee call | 15:22:01 |
| 11 | you and say that they can't make it to their shifts? | 15:22:04 |
| 12 | A    Not at this moment. | 15:22:07 |
| 13 | Q    Do you know what phasing is? | 15:22:17 |
| 14 | A    Yes. | 15:22:19 |
| 15 | Q    What is phasing? | 15:22:19 |
| 16 | A    To send people home. | 15:22:20 |
| 17 | Q    Send people home why, why are you sending them | 15:22:24 |
| 18 | home? | 15:22:31 |
| 19 | A    When the business goes down or if it's too | 15:22:32 |
| 20 | slow. | 15:22:36 |
| 21 | Q    So if it's too slow, you would phase or send the | 15:22:36 |
| 22 | employee home? | 15:22:41 |
| 23 | A    Yes. | 15:22:42 |
| 24 | Q    When you were the manager on duty, did you phase | 15:22:43 |
| 25 | any heart-of-the-house employees? | 15:22:48 |

Page 155

```
 1        MS. ROUSSO:  I'm going to object to this question as    15:22:51

 2    misstating prior testimony.  I don't know that he's ever   15:23:01

 3    testified that he was the, quote, "manager on duty".  He   15:23:06

 4    certainly didn't have that title, and so I'm troubled by   15:23:12

 5    the repeated use of the phrase "manager on duty".          15:23:15

 6    BY MR. DALEY:                                              15:23:20

 7        Q   Do you understand what manager on duty means?      15:23:20

 8        A   Managers on the shift.                             15:23:22

 9        Q   Okay.  Perfect.  So as the manager on duty, did    15:23:26

10    you phase any team members?                                15:23:35

11        A   Yes.                                               15:23:47

12        Q   How often would you phase team members?            15:23:48

13        A   I don't recall.                                    15:23:51

14        Q   Would you have to phase team members every         15:23:54

15    shift?                                                     15:23:59

16        A   No.                                                15:23:59

17        MR. DALEY:  11 is an e-mail from or an e-mail chain    15:24:36

18    between Rebecca Bailey and the Irvine069 e-mail address.   15:24:41

19              (Exhibit 11 was marked for identification by     15:24:49

20              the Certified Shorthand Reporter, a copy of      15:24:49

21              which is attached hereto.)                       15:25:43

22        THE WITNESS:  Okay.                                    15:25:43

23    BY MR. DALEY:                                              15:25:44

24        Q   Do you recall sending this e-mail to              15:25:44

25    Rebecca Bailey on May 11th, 2016?                          15:25:47
```

Page 156

| | | |
|---|---|---|
| 1 | A    Every manager. | 15:29:30 |
| 2 | Q    I'm asking about you. | 15:29:44 |
| 3 | A    No. | 15:30:06 |
| 4 | Q    You were not responsible for ensuring the health | 15:30:07 |
| 5 | and safety standards at the Irvine restaurant? | 15:30:11 |
| 6 | MS. ROUSSO:  Okay.  That misstates his testimony. | 15:30:15 |
| 7 | Your other question was about the kitchen, and now | 15:30:18 |
| 8 | you're going back to the restaurant, so I'm going to | 15:30:20 |
| 9 | object on that basis. | 15:30:24 |
| 10 | MR. DALEY:  You can tell me if you don't understand | 15:30:25 |
| 11 | it. | 15:30:29 |
| 12 | MS. ROUSSO:  So you want him to -- I'm not sure. | 15:30:30 |
| 13 | MR. DALEY:  That's okay.  If he doesn't understand | 15:30:33 |
| 14 | it, he can say so. | 15:30:35 |
| 15 | MS. ROUSSO:  Okay. | 15:30:36 |
| 16 | THE WITNESS:  I don't understand. | 15:30:37 |
| 17 | BY MR. DALEY: | 15:30:38 |
| 18 | Q    Okay.  You were not responsible for ensuring the | 15:30:38 |
| 19 | health and safety standards of the kitchen? | 15:30:44 |
| 20 | MS. ROUSSO:  Back to the kitchen. | 15:30:47 |
| 21 | THE WITNESS:  Yes. | 15:30:49 |
| 22 | BY MR. DALEY: | 15:31:01 |
| 23 | Q    So, yes, you were responsible for ensuring the | 15:31:02 |
| 24 | health and safety standards of the kitchen? | 15:31:05 |
| 25 | A    Yes, but can I explain? | 15:31:08 |

Page 159

| | | | |
|---|---|---|---|
| 1 | Q | Please. | 15:31:09 |
| 2 | A | It was all the managers that are responsible, | 15:31:11 |
| 3 | | not only my responsibility. | 15:31:14 |
| 4 | Q | Okay. | 15:31:17 |
| 5 | A | So it's all the managers. | 15:31:21 |
| 6 | Q | Okay.  Do you know what Stair Tech audits are? | 15:31:22 |
| 7 | A | Yes. | 15:31:30 |
| 8 | Q | What are Stair Tech audits? | 15:31:32 |
| 9 | A | It's an audit, a third company who comes and | 15:31:34 |
| 10 | | audits the health and safety of the restaurant. | 15:31:40 |
| 11 | Q | Were you ever involved in a Stair Tech audit at | 15:31:43 |
| 12 | | the Irvine restaurant? | 15:31:49 |
| 13 | A | Yes. | 15:31:50 |
| 14 | Q | And what was your involvement? | 15:31:51 |
| 15 | A | Follow him. | 15:31:57 |
| 16 | Q | Follow the guy from Stair Tech who's walking | 15:31:58 |
| 17 | | through the restaurant? | 15:32:01 |
| 18 | A | Correct. | 15:32:01 |
| 19 | Q | And if there are -- would he talk to you? | 15:32:02 |
| 20 | A | Yes. | 15:32:10 |
| 21 | Q | What would he say? | 15:32:10 |
| 22 | A | Just ask questions. | 15:32:11 |
| 23 | Q | What would he ask questions about? | 15:32:13 |
| 24 | A | He asked any questions about heating, cooling, | 15:32:15 |
| 25 | | dishwasher temperatures, and just go around and temp and | 15:32:21 |

Page 160

| 1 | Q    And did you correct issues after sitting down | 15:33:28 |
| 2 | with the Stair Tech auditor? | 15:33:33 |
| 3 | A    We break it down, and it depends on which | 15:33:35 |
| 4 | ones, yes.  Not all of them. | 15:33:42 |
| 5 | Q    So which ones wouldn't you be -- | 15:33:45 |
| 6 | A    There are different categories.  There's bar, | 15:33:49 |
| 7 | there's kitchen, there's sanitation.  So some of them | 15:33:52 |
| 8 | that I was there, we take care of it right there.  Some | 15:33:57 |
| 9 | of them, the next manager did it. | 15:34:01 |
| 10 | Q    Okay.  So if there were issues in the kitchen | 15:34:02 |
| 11 | area, you would try to take care of it right there? | 15:34:06 |
| 12 | A    Yeah, we fix it right at the spot. | 15:34:09 |
| 13 | Q    But if it was in maybe the bar area, then the | 15:34:12 |
| 14 | next manager coming on would take care of that? | 15:34:15 |
| 15 | A    Correct. | 15:34:17 |
| 16 | Q    As a kitchen manager, did you review restaurant | 15:34:18 |
| 17 | sales information? | 15:34:35 |
| 18 | A    Rephrase that, please? | 15:34:41 |
| 19 | Q    As the kitchen manager of the Irvine | 15:34:42 |
| 20 | restaurant, did you review sales information? | 15:34:46 |
| 21 | A    Yes. | 15:34:49 |
| 22 | Q    Did you review food cost information? | 15:34:51 |
| 23 | A    On Mondays, yes. | 15:34:58 |
| 24 | Q    And did you review labor hours? | 15:35:01 |
| 25 | A    Yes. | 15:35:03 |

Page 162

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 15:46:18 |
| 2 | Q | So every other Monday, there would be a regional | 15:46:18 |
| 3 | meeting? | | 15:46:24 |
| 4 | A | Phone meeting. | 15:46:25 |
| 5 | Q | A regional phone meeting? | 15:46:27 |
| 6 | A | Yes. | 15:46:30 |
| 7 | Q | Was that the same as the KM conference call? | 15:46:30 |
| 8 | A | Correct. | 15:46:35 |
| 9 | Q | Did you ever develop an agenda for a KM | 15:46:36 |
| 10 | conference call? | | 15:46:52 |
| 11 | A | No. | 15:46:52 |
| 12 | Q | Was the KM conference call -- who was leading | 15:46:53 |
| 13 | the KM conference call? | | 15:47:02 |
| 14 | A | Becky. | 15:47:04 |
| 15 | Q | Becky.  And was it just Becky and the other | 15:47:06 |
| 16 | kitchen managers in her region? | | 15:47:12 |
| 17 | A | Correct. | 15:47:13 |
| 18 | Q | As a kitchen manager, you performed line checks | 15:47:14 |
| 19 | or a line check prior to the opening of the | | 15:47:50 |
| 20 | restaurant; correct? | | 15:47:54 |
| 21 | A | Yes. | 15:47:54 |
| 22 | Q | Tell me what you would do to perform the line | 15:47:54 |
| 23 | check starting with the first thing that you would do. | | 15:48:01 |
| 24 | A | So we go through the dishwasher machine. | 15:48:04 |
| 25 | Q | Is someone with you? | 15:48:10 |

Page 169

| | | |
|---|---|---|
| 1 | and 11:00 and then p.m. -- | 15:55:30 |
| 2 | A   3:00 to 4:00, 4:00 to 5:00. | 15:55:31 |
| 3 | Q   Do you know what the 18 steps are? | 15:55:33 |
| 4 | A   I heard about it. | 15:55:55 |
| 5 | Q   But you don't know what they are? | 15:55:57 |
| 6 | A   No. | 15:56:00 |
| 7 | Q   Did you ever have a Pocket Pal? | 15:56:01 |
| 8 | A   Yeah. | 15:56:11 |
| 9 | Q   It's like a little booklet that has shelf life | 15:56:12 |
| 10 | information and -- | 15:56:18 |
| 11 | A   They were in the restaurant, yes. | 15:56:21 |
| 12 | Q   But did you carry one with you? | 15:56:23 |
| 13 | A   No. | 15:56:26 |
| 14 | MR. DALEY:   No. 14 is a copy of the 18 steps. | 15:56:32 |
| 15 | (Exhibit 14 was marked for identification by | 15:56:35 |
| 16 | the Certified Shorthand Reporter, a copy of | 15:56:35 |
| 17 | which is attached hereto.) | 15:57:08 |
| 18 | BY MR. DALEY: | 15:57:08 |
| 19 | Q   Have you seen this document before? | 15:57:08 |
| 20 | A   I have. | 15:57:09 |
| 21 | Q   But without seeing this, you don't really know | 15:57:14 |
| 22 | what the 18 steps are? | 15:57:21 |
| 23 | A   No. | 15:57:23 |
| 24 | Q   Did you follow these 18 steps as a manager at | 15:57:23 |
| 25 | the Irvine restaurant? | 15:57:31 |
| | | Page 174 |

```
 1      A    No.                                        15:57:32

 2      Q    Why not?                                   15:57:32

 3      A    Because there was not enough time for me to get    15:57:37

 4   the restaurant ready to open.                      15:57:42

 5      Q    What does that mean that there wasn't enough    15:57:46

 6   time to get the restaurant ready to open?          15:57:51

 7      A    Because -- can I explain something?        15:57:54

 8      Q    Yes, please.                               15:58:03

 9      A    Since we were short and we only have a few    15:58:04

10   cooks, to do a line check, there's not enough time to do    15:58:08

11   this.                                              15:58:12

12      Q    So you were short -- okay.  So you were short?    15:58:16

13   There weren't enough cooks; is that what you said?    15:58:20

14      A    Yes.                                       15:58:23

15      Q    How many cooks did you have when you opened?    15:58:23

16      A    Three.                                     15:58:30

17      Q    And how many do you think you needed?      15:58:31

18      A    At least four, five.                       15:58:33

19      Q    And because you only had three, you had to do --    15:58:44

20   you had to cook?                                   15:58:56

21      A    I had to prep, I have to do dishes, I have to    15:58:57

22   get the restaurant -- put the chairs down from the    15:59:03

23   tables, put batteries on the little computers on the    15:59:06

24   table.                                             15:59:11

25      Q    You said you had to do dishes.  Were there    15:59:12
```

Page 175

```
 1     Q    What do you do once there's this pop and then it    16:11:34

 2   starts to slow down, what job duties are you performing?   16:11:52

 3     A    Send the guys on break.                             16:11:55

 4     Q    Who are the guys?                                   16:11:59

 5     A    Kitchen employees.                                  16:12:00

 6     Q    When you say send on break, is it a rest break      16:12:03

 7   or --                                                      16:12:12

 8     A    Rest time.                                          16:12:13

 9     Q    Ten minutes?                                        16:12:14

10     A    Ten to fifteen.                                     16:12:15

11     Q    So you tell them, "Okay.  You can take a break"?    16:12:17

12     A    They approach us.                                   16:12:25

13     Q    They ask you if they can take a break?              16:12:27

14     A    Yes.                                                16:12:30

15     Q    And then what else do you do?                       16:12:30

16     A    Then expo goes home and servers -- we phase         16:12:32

17   service, so I have to stay to cover the expo, and the     16:12:42

18   cooks leave, so I have to go from expo to running food    16:12:46

19   to pick up tables.                                         16:12:52

20     Q    Who's doing -- I'm missing who's doing that.        16:12:54

21     A    Me.                                                 16:12:58

22     Q    Okay.  So after the lunch rush, the cooks go        16:12:59

23   home?                                                      16:13:03

24     A    One of the cooks goes home around 2:00.             16:13:03

25     Q    Uh-huh.                                             16:13:06
```

Page 184

| | | |
|---|---|---|
| 1 | A    And then there's two, but the expo goes home, | 16:13:07 |
| 2 | the busser goes home, and there's only one server in the | 16:13:10 |
| 3 | restaurant. | 16:13:15 |
| 4 | Q    Who's sending those people home? | 16:13:15 |
| 5 | A    They're scheduled to get out.  If it's time to | 16:13:18 |
| 6 | send them home, it's -- | 16:13:22 |
| 7 | Q    If they're not scheduled to leave, do you phase | 16:13:25 |
| 8 | them if business is slow? | 16:13:29 |
| 9 | A    They're scheduled to go so they know they're | 16:13:31 |
| 10 | coming in, and they know what time they leave.  If it's | 16:13:34 |
| 11 | slow, then they offer to go. | 16:13:38 |
| 12 | Q    And you say it's okay? | 16:13:41 |
| 13 | A    I say it's okay. | 16:13:42 |
| 14 | Q    Did you ever tell any employees, "Okay.  Your | 16:13:43 |
| 15 | shift's done"? | 16:13:52 |
| 16 | A    Yes. | 16:13:54 |
| 17 | Q    And why would you do that? | 16:13:54 |
| 18 | A    Because it slows down, and we have to save the | 16:13:58 |
| 19 | money to not go over ours in labor money. | 16:14:04 |
| 20 | Q    So you would send team members home? | 16:14:11 |
| 21 | A    Yes. | 16:14:17 |
| 22 | Q    Would that include front-of-the-house and | 16:14:17 |
| 23 | heart-of-the-house team members? | 16:14:20 |
| 24 | A    Some days, yes. | 16:14:21 |
| 25 | Q    What time would the p.m. manager arrive? | 16:14:23 |

Page 185

# TEAM MEMBER ACTION LOG

REST (name): Irvine                    HIRE DATE: 9-10-15

NAME: ███████████████                  TM FILE #: _____

                                       PHONE #: _____

Each time an action is taken with a team member, the date and the type of action are to be entered on this summary.  Examples: PAY RAISES, WARNINGS, CONFIRMATION OF VERBAL WARNING DISCUSSIONS, POSITION CHANGES, ATTENDANCE, TRAINING CERTIFICATIONS, OUTSTANDING PERFORMANCE COMPLIMENTS, AND INFORMAL COUNSELING.

| DATE | ACTION | TM SIGN | MGR SIGN |
|------|--------|---------|----------|
| 4/6/16 | Adjusted to Clock out | | JR |
| 10/23/16 | ██████ Call 1.5 hours before her Shift | | Marcos |
| 1/20/17 | ██████ called out 2 hours before her Shift stating that her sister was sick + her parents are out of town. | | PL |
| 3/2/17 | Did not show up to her Shift | | Jer |
| 3/24/17 | Forgot to clock in. Adjusted in Kronos | | PL |
| 7/15/17 | Adjusted in time. | | PL |
| 8/14/17 | Adjusted out time Forgot to clock out | | JR |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TM Action Log Sheet 2009.xls            Print Date 7/15/2009                    Page 1

EXHIBIT
5
M. Topete

RR002240

# TEAM MEMBER ACTION LOG

REST (name): Irvine

NAME:

HIRE DATE: 04/04/2013

TM FILE #:

PHONE #: (408) 786-7682

Each time an action is taken with a team member, the date and the type of action are to be entered on this summary. Examples: PAY RAISES, WARNINGS, CONFIRMATION OF VERBAL WARNING DISCUSSIONS, POSITION CHANGES, ATTENDANCE, TRAINING CERTIFICATIONS, OUTSTANDING PERFORMANCE COMPLIMENTS, AND INFORMAL COUNSELING.

| DATE | ACTION | TM SIGN | MGR SIGN |
|---|---|---|---|
| 8·1·6 | 15 min late | | |
| 5-23 | Red in P-5 for Red Royalty | TM | |
| 10-8 | Red in Royalty Pay-12 - Written warning | | DD |
| 11/28/15 | Called out of work. Too Sick | | |
| 12/13/15 | HAD A TABLE walk out | JN | |
| 5/26/16 | was late 14 mins, didn't call restaurant | JN | |
| 6/2/16 | 20 min late to say he was Running Late | UN | |
| 7/1/16 | Forgot to punch in | | |
| 8/6 | was ½ hour late for his Shift | JN | |
| 8-7-16 | forgot to Clock out | | DD |
| 9-10-16 | was late 5min, didn't call the restaurant | JN | |
| | next time you are late even if you call | | |
| | will result in written warning | | |
| 9/18/16 | was 11 min Late - written warning issued | | |
| 9/18/16 | forgot to clock out | | |
| 10/14/16 | forgot to clock out, adjusted time | JN | |
| 11/30/16 | was ½ hour late | W | VD |
| 1-24-17 | forgot to Clock out | JN | DD |
| 6/20 | HAD AN AMAZING compliment from a guest. She said she made her day 100% better. | JN | BS |

RR002241

**Red Robin**
GOURMET BURGERS AND BREWS

## TEAM MEMBER ACTION LOG

Restaurant Name: ████████████████

TM Name: ___Irvine___ 69___

Hire Date: _____

TM ID #: _____

Phone #: _____

Each time an action is taken with a team member, the date and type of action are to be entered on this summary. Examples: PAY RAISES, WARNINGS, CONFIRMATION OF VERBAL WARNING DISCUSSIONS, POSITION CHANGES, ATTENDANCE, TRAINING CERTIFICATIONS, OUTSTANDING PERFORMANCE COMPLIMENTS AND INFORMAL COUNSELING.

| DATE | | ACTION | TM SIGN | MGR SIGN |
|------|---|--------|---------|----------|
| 9/10/16 | | left unfinish his shift + wasn't able to complete his | | Mov(C) |
| | shift | Left early for family situation | E.Z | |
| 10-7-16 | Called out at at 4:30 (1pm | | E.Z | Dal |
| | 3:30 | Shift | | |
| 10-29-16 | Called out shift. no body ei.ker | | E.Z | DRZ |
| 1/6/17 | | the didnt make his half | E.Z | |
| 3/31/17 | | Called out 3 hrs before | | |
| | his shift | stating that he was | | |
| | sick + | had a fever. | E.Z | Re |
| | | | | |
| 11/3/17 | | called out for his | | CD |
| | 5:30pm | shift at 12pm stating | = Z | |
| | illness | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Human Resources, 05-16

RR002242

## TEAM MEMBER ACTION LOG

REST (name): ████████

NAME: ████████

HIRE DATE: _____

TM FILE #: _____

PHONE #: _____

Each time an action is taken with a team member, the date and the type of action are to be entered on this summary.  Examples: PAY RAISES, WARNINGS, CONFIRMATION OF VERBAL WARNING DISCUSSIONS, POSITION CHANGES, ATTENDANCE, TRAINING CERTIFICATIONS, OUTSTANDING PERFORMANCE COMPLIMENTS, AND INFORMAL COUNSELING.

| DATE | ACTION | TM SIGN | MGR SIGN |
|------|--------|---------|----------|
| | She had 8 tables and O' R.R. Talked about using cards instead of Text | PB | Dee |
| 6-24 | R.R. 1'S 12.8 to Per. 8 Need to improve | PB | Dee |
| 9-9 | loyalty 16.5% per. 9 | | |
| 6/3 | ████ forward a guest complaint about her service. we went over ways on how to avoid this in the future | PB | Dom |
| 7-13-16 | Agreed to clock out | PB | Dee |
| 9/17/16 | ████ forgot to clock out | PB | Marcs |
| 12-1-16 | Talked with ████ about not ringing in for refills. needs to ring them all in for each table | PB | DV |
| 1-4-17 | ████ had a table thought she thought paid out on the ziosk but didn't resulting in a walkout. | PB | DV |
| 10/24/17 | Forgot to clock out | PB | Dee |
| 11/4/17 | Forgot to clock out | MG | N |

TM Action Log Sheet 2009.xls                    Print Date 4/29/2009                    Page 1

RR002243

## TEAM MEMBER ACTION LOG

REST (name): _Iguviue_

NAME: ███████████

HIRE DATE: _____

TM FILE #: _____

PHONE #: _____

Each time an action is taken with a team member, the date and the type of action are to be entered on this summary. Examples: PAY RAISES, WARNINGS, CONFIRMATION OF VERBAL WARNING DISCUSSIONS, POSITION CHANGES, ATTENDANCE, TRAINING CERTIFICATIONS, OUTSTANDING PERFORMANCE COMPLIMENTS, AND INFORMAL COUNSELING.

| DATE | | ACTION | TM SIGN | MGR SIGN |
|---|---|---|---|---|
| 4/4/12 | ████ | forgot to clock out | | Mm |
| 12/5/15 | | Called off due to an ear infection | | P |
| 10/26/16 | forgot | to clock in | | Mv ca |
| 11/21/16 | Came | late Line due to incredule town. | | Da |
| 11/26/16 | forgot | to clock in | | n |
| 11/30/16 | forgot | to clock in | | |
| 2/14/17 | forgot | to clock in | | |
| 3/17/17 | forgot | to clock in | | PL |
| 8/11/17 | called | out for his shift 8/11/17 | | |
| 8/15/17 | mgr | adjust time. Late clocking in 7am | | |
| 10/28 | called | and stated will be late to work | | |
| 12/6 | | forgot to clock on | | BS |
| 1/28 | ████ | will echo the FOH, no interactions, no comments, and provide the food that is needed. Any form or harassment will lead to termination. | | BS |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TM Action Log Sheet 2009.xls        Print Date 4/29/2009        Page 1

RR002244

# TEAM MEMBER ACTION LOG

REST (name): _Irving_

NAME: ████████████████████████

HIRE DATE: _____

TM FILE #: _____

PHONE #: _____

Each time an action is taken with a team member, the date and the type of action are to be entered on this summary. Examples: PAY RAISES, WARNINGS, CONFIRMATION OF VERBAL WARNING DISCUSSIONS, POSITION CHANGES, ATTENDANCE, TRAINING CERTIFICATIONS, OUTSTANDING PERFORMANCE COMPLIMENTS, AND INFORMAL COUNSELING.

| DATE | ACTION | TM SIGN | MGR SIGN |
|------|--------|---------|----------|
| 7/18/16 | Forgot to clock in | Jan | ⟋ |
| 9/12/16 | Forgot to clock in | Jan | ⟋ |
| 10/7/16 | Called out — gave 3 hour notice | Jen | Dee |
| 1/_/17 | forgot to clock in | The | Marcos |
| 1/23/17 | Forgot to clock in | Jan | RL |
| 1/30/17 | forgot to clock in | Jun | Marcos |
| 1/31/17 | forgot to clock in | Jun | wm |
| 3/16/17 | couldn't clock in (computers down) | JM | RL |
| 5/13/17 | Forgot to clock in/off. Gr | JM | Dee |
| 3/24/17 | Forgot to clock out | Jen | Dee |
| | | | |
| 1/28 | ████ will echo the FOH, no | Jun | 13 |
| | introductions, no comments, and | | |
| | provide the food that is needed | | |
| | ~~further~~ anytype of room of | | |
| | harassment will lead to | | |
| | termination | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TM Action Log Sheet 2009.xls                    Print Date 7/15/2009                    Page 1



# Team Member Written Warning

| Team Member Name | Date | Restaurant |
|---|---|---|
| ▉▉▉▉▉▉▉ | 10/16/16 | Irvine #69 |

**The specific incident described is documented as unacceptable behavior.**

## Performance Concern(s)

As you are aware, we have verbally discussed attendance and our expectations for punctuality with you on several occassions including 6/3/16, 7/10/16, and 9/17/16. Most recently, on 10/16/16 you contacted us 30 minutes before you shift to inform us you'd be late with an unknown time of when you would arrive. As this pattern continues, it is necessary for us to review Company policy and document our expectations in writing.

As written in the Red Robin Team Member Handbook, our Attendance and Punctuality Policy states:
Each Team Member's work is integral to the efficient operation of our business. Absenteeism and tardiness, even for good reasons, can disrupt our operations and interfere with our ability to satisfy the needs of our Guests. In order to be the best that we can be, each Team Member is responsible for reporting to work at the correct time each day as scheduled.

If Team Members must be absent from or late to work, or if they need to leave work early, they must personally notify their supervisor as far in advance as possible. Team Members should speak with their supervisor directly. It is not permissible to leave a message with another Team Member to report absences. In certain circumstances if the direct supervisor is unavailable Team Members may leave a message but must follow up and speak directly with their immediate supervisor as soon as possible.

Team Members should provide a minimum of three hours notice prior to their scheduled start time in order to allow Management the opportunity to address the business needs of the restaurant.

Team Members with disabilities may be granted reasonable accommodation in complying with these policies if undue hardship does not result to Red Robin. However, regular and prompt attendance is considered to be an essential part of each Team Member's job duties.

| Coach & Counsel Action Steps: | By when: |
|---|---|
| Your failure to attend work in a timely manner or to effectively communicate absences has a negative impact on our business and our Guests. You must be on time to all of your scheduled shifts and communicate effectively if you are unable to work. It is Red Robin's expectation that you will show immediate and sustained improvement in | Immediate and sustained |

Revised 4.7.09

RR002246



# Team Member Written Warning

| Team Member Name | Date | Restaurant |
|---|---|---|
| ███████ | 8/11/13 | Irvine Spectrum |

### The specific incident described is documented as unacceptable behavior.

**Performance Concern(s)**

| ████ has had multiple tardies over a short period of time. |
|---|

**Coach & Counsel Action Steps:**      **By when:**

| know you schedule and be ready to work by your scheduled in time. | immediate and on going |
|---|---|

*Failure to show immediate and sustained improvement in the areas addressed in this document or further violations of Red Robin's policy, procedure and standards, may result in further disciplinary action up to and including termination.*

| Team Member Signature | Manager 1 Signature | Manager 2 Signature |
|---|---|---|
| *Jenny* | | *Morciamo* |
| **Date Signed** | **Date Signed** | **Date Signed** |
| 8-11-13 | 08.11.13 | 8/11/13 |

**Team Member's Remarks**

| |
|---|
| |

Revised 4.7.09

RR002248



# Team Member Written Warning

| Team Member Name | Date<br>03/30/2013 | Restaurant<br>69 |
|---|---|---|
| ███████████ | | |

**The specific incident described is documented as unacceptable behavior.**

### Performance Concern(s)

Irvine Red Robin was inspected by Steritech on Wednesday 3/27/2013 at which time they noticed a TM drink in the prep area of the Resturant. This drink was ███████ and he has be warned many times in the past about having his drink glass in a unacceptable area per Red Robin Standards and the health Department.

**Coach & Counsel Action Steps:** **By when:**

███████ needs to follow all Red Robin procedures and standards 100% of the time. As a leader in the HOH he needs to lead by example on all of Red Robin's policies.

Immediately

*Failure to show immediate and sustained improvement in the areas addressed in this document or further violations of Red Robin's policy, procedure and standards, may result in further disciplinary action up to and including termination.*

| Team Member Signature | Manager 1 Signature | Manager 2 Signature |
|---|---|---|
| Date Signed<br>3/30/13 | Date Signed<br>3/30/13 | Date Signed<br>3/30/13 |

### Team Member's Remarks

## The 18 Steps (PBED)

### PLAN/BRIEF (Pre-Opening)

**Step 1: Walkthrough**
- Review Captain's Log
- Exterior/interior observations
- Janitorial checkout
- Beautifications checked

**Step 2: Heart of the House**
- Aces in places
- Production levels set
- Prep efficiency/accuracy
- Health & Safety
- "Show Me" Line-Check
- (includes bar)

**Step 3: Sales Team**
- Aces in places
- Department focus
- Beautification assigned

**Step 4: Bar**
- Aces in places
- Department focus
- Beautification assigned

**Step 5: Sales Support, Hospitality, and Expo**
- Aces in places
- Department focus
- Restrooms
- Beautifications assigned

**Step 6: RSGs and Pre-Shift Meetings**
- Ready-Set-Go's
- Pre-Shift Meeting
- Contingency plans

### EXECUTE (During Rush)

**Step 7: Door**
- Smiles, Hi's & Goodbye's
- Immediate seating
- 2's in 2's, 4's in 4's
- Validate DineTime execution
- Ambiance

**Step 8: Floor**
- Immediate greets/fly by greets
- Apps ordered through robin
- Beverage delivery 2/4 min.
- Table to Terminal
- 4 R's (write, repeat, review, repeat)

**Step 9: Bar**
- Accurate pours
- Recipe adherence
- Beverage production 2 min.
- Ambiance

**Step 10: Pass Shelf / Kitchen**
- RTAs at 10 min. or less; F.A.S.T.
- Food quality; PPPP
- Prep/DMO/Line cleanliness
- Health & Safety/cleanliness (Red's Reset)

**Step 11: Floor**
- Pro-active Table visits – Smiling Guests and TMs
- Pivot food delivery
- Bottomless offer at entrée
- Delivery Check back
- Refills / Table maintenance
- Offer robin pay at the table
- 1 minute clean & re-set

**Step 12: Troubleshooting**
- Observe and evaluate shift
- Coach and praise (catch people doing something right!)

©2017 by Red Robin International, Inc.

115

EXHIBIT

14

M. Topete

depobook.com

## The 18 Steps (cont'd)

### DEBRIEF (Phasing)

**Step 13: FOH Phasing**
- Flight phasing
- Establish "out times"
- Follow table transfer policy
- Side-work / beautifications
- Ready-Set-Goodbye's

**Step 14: HOH Phasing**
- Stocking the line / Mis En Place
- First- and second-off duties
- Prep completion
- Cleanliness / Health & Safety
- Ready-Set-Goodbye's

**Step 15: Return to Shift Flow**
- Repeat Steps 7-14

**Step 16: HOH Check/ Transition Prep**
- Step 14 follow up
- Shift debrief
- Health & Safety
- Shift readiness / closing
- Back door security

**Step 17: Beautification Follow-up**
- Ensure completion
- Follow up on R&M calls/ orders
- Closing checklist utilized

**Step 18: Transition**
- Ready-Set-Goodbye's
- Captain's Log
- Shift debrief/lessons learned
- Shift readiness/closing reports

©2017 by Red Robin International, Inc.

CONFIDENTIAL     RR002515

1                        CERTIFICATION

2                             OF

3              CERTIFIED SHORTHAND REPORTER

4

5          I, the undersigned, a Certified Shorthand

6     Reporter of the State of California do hereby certify:

7          That the foregoing proceedings were taken before

8     me at the time and place herein set forth; that any

9     witnesses in the foregoing proceedings, prior to

10    testifying, were placed under oath; that a verbatim

11    record of the proceedings was made by me using machine

12    shorthand which was thereafter transcribed under my

13    direction; further, that the foregoing is and accurate

14    transcription thereof.

15         I further certify that I am neither financially

16    interested in the action nor a relative or employee of

17    any attorney of any of the parties.

18    Dated: May 14, 2018

19         IN WITNESS HEREOF, I have this date subscribed

20    my name

21

22

23

24         Gideon Choi, CSR

25         Certificate No. 13258

                                           Page 194

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On July 23, 2018 I served the foregoing document entitled **DEFENDANT RED ROBIN INTERNATIONAL, INC.'S APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

Jonathan Jackel                                  Attorney for Plaintiff
Nora Rousso                                       Marciano Topete
Rousso & Jackel
116 E. Campbell Avenue, Suite 2          Tel: (408) 378-3200
Campbell, California 95008                   Fax: (408) 378-3202
                                                       jonathan@roussojackel.com
                                                       nora@roussojackel.com

☒   **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐   **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express.  Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐   **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s).  Such messenger is over the age of eighteen years and not a party to the within action and employed with Network Express, whose business address is 1533 Wilshire Boulevard, Los Angeles, CA 90017.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed July 23, 2018 at Los Angeles, California.

Melody Martinez                              By:  /s/Melody Martinez
_____                           _____
Print Name                                              Signature