1  JONATHAN JACKEL  (129146)
   NORA ROUSSO (150275)
2  ROUSSO & JACKEL
   116 E. Campbell Ave., Suite 2
3  Campbell, California 95008

4  Telephone: (408) 378-3200
   Facsimile:  (408) 378-3202
5
   Attorneys for Plaintiff
6  MARCIANO TOPETE

7

8                    UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10 MARCIANO TOPETE,                    )
                                       )
11         Plaintiff,                  )  CASE NO. 8:17-CV-01721 AG (JDEx)
                                       )  *[Originally Orange County Superior Court
12     vs.                             )  Case No.: 30-2017-00930423-CU-OE-CJC]*
                                       )
13 RED ROBIN INTERNATIONAL, INC., a    )
   Nevada Corporation, doing business as RED )  DECLARATION OF ERIK CARPENTER
14 ROBIN BURGER AND SPIRITS            )
   EMPORIUMS,  and DOES 1 through 20,  )
15 inclusive,                          )
                                       )
16         Defendants.                 )
                                       )
17 _____)

18

19         I, Erik Carpenter, declare:

20         1.      I was employed as an assistant manager at the Red Robin restaurant located in

21 Irvine, California from the middle of 2013 until early 2014.  After leaving the Red Robin in Irvine I

22 worked as an Assistant Manager at the Red Robin restaurant located in Santa Ana, California until

23 March of 2015.

24         2.      Plaintiff Marciano Topete was employed as the kitchen manager of the Red Robin

25 restaurant in Irvine while I worked there.  He usually worked the early shift, while I usually worked

26 the mid-day shift or the late shift.  I had many opportunities to see Mr. Topete working.  I observed

27 Mr. Topete spend most of his time working on the line in the kitchen when our shifts overlapped.

28

TOPETE v. RED ROBIN
DECLARATION OF ERIK CARPENTER                                                    Page 1

1        3.       While I was employed by Red Robin as an assistant manager at its Irvine and Santa

2   Ana locations, all managers were expected to work all of the hourly positions in the restaurant in

3   order to ensure that guests were served their food and drink orders in a timely manner.  Red Robin

4   expected managers to do everything they could to serve guests quickly and to ensure that food and

5   drink were prepared according to Red Robin's specifications.  As a result of hours of hourly

6   employees being reduced, I spent more than half of my time doing hourly work, including

7   bartending, serving, bussing, and expo.  I personally observed Mr. Topete spend the majority of his

8   time cooking and working expo while I worked with him.

9        4.       All managers of Red Robin were expected to work at least 10 hours per day while I

10  worked there.  I worked anywhere between 50 and 60 hours per week.  On one occasion I worked

11  about 90 hours in a seven day period.

12

13       I declare under penalty of perjury that the foregoing is true and correct.  Executed on July

14  __24__, 2018 in Austin, Texas.

15

16  _____

17                      ERIK CARPENTER

18

19

20

21

22

23

24

25

26

27

28

TOPETE v. RED ROBIN
DECLARATION OF ERIK CARPENTER                                                    Page 2