JONATHAN JACKEL  (129146)
NORA ROUSSO (150275)
ROUSSO & JACKEL
116 E. Campbell Ave., Suite 2
Campbell, California 95008

Telephone: (408) 378-3200
Facsimile:  (408) 378-3202

Attorneys for Plaintiff
MARCIANO TOPETE

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARCIANO TOPETE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RED ROBIN INTERNATIONAL, INC., a Nevada Corporation, doing business as RED ROBIN BURGER AND SPIRITS EMPORIUMS, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 8:17-cv-01721 AG (JDEx)<br>[Originally Orange County Superior Court Case No. 30-2017-00930423-CU-OE-CJC]<br><br>Hon. Andrew J. Guilford, Dept. 10D<br><br>**PROOF OF SERVICE**<br><br>*Filed concurrently with Plaintiff's Memorandum of Points and Authorities, Declarations of Marciano Topete, Erik Carpenter and Jonathan Jackel,, Plaintiff's Opposition to Defendant Separate Statement of Uncontroverted Facts, Plaintiff's Statement of Genuine Disputes, and Plaintiff's Compendium of Exhibits]*<br><br>Date:　　　August 20, 2018<br>Time:　　　10:00 a.m.<br>Location:　　Courtroom 10D |

I am an attorney practicing in the County of Santa Clara, California. I am over the age of eighteen years, and am not a party to the above entitled action. My business address is 116 E. Campbell Ave., Suite 2, Campbell, California, 95008. I am readily familiar with the business practice of this office for the collection and processing of correspondence for mailing with the United States Postal Service. On this date, in the ordinary course of business, I will personally serve the following documents:

**Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Partial Summary Judgment, Declaration of Marciano Topete in**

**Opposition to Motion for Partial Summary Judgment, Declaration of Erik Carpenter, Declaration of Jonathan Jackel in Opposition to , Plaintiff's Opposition to Defendant Separate Statement of Uncontroverted Facts in Support of its Motion for Partial Summary Judgment, Plaintiff's Statement of Genuine Disputes in Opposition to Defendant's Motion for Partial Summary Judgment, and Plaintiff's Compendium of Exhibits in Opposition to Defendant's Motion for Partial Summary Judgment**

on the parties in this action by causing them to be deposited in a box or other facility regularly maintained by the U.S. Postal Service for delivery to the following addresses:

> **Sean F. Daley**
> **Lonnie D. Giamela**
> **FISHER & PHILLIPS, LLP**
> **444 South Flower Street, Suite 1500**
> **Los Angeles, California 90071**

and by serving the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on June 14, 2018, at Campbell, California.

                                   /s/ Jonathan Jackel
                                    JONATHAN JACKEL

TOPETE v. RED ROBIN
PROOF OF SERVICE    Page 2