```
 1              UNITED STATES DISTRICT COURT
 2       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
 3
 4   MARCIANO TOPETE,              )  Case No.
                                   )  8:17-cv-01721 AG(JDEx)
 5        Plaintiff,               )
                                   )      ORIGINAL
 6          vs.                    )
                                   )
 7   RED ROBIN INTERNATIONAL,      )
     INC., a Nevada Corporation,   )
 8   doing business as RED ROBIN   )
     BURGER AND SPIRITS            )
 9   EMPORIUMS, an DOES 1          )
     through 20, inclusive,        )
10                                 )
          Defendants.              )
11   _____)
12
13
14
15            DEPOSITION OF MARCIANO TOPETE
16              Los Angeles, CALIFORNIA
17              Monday, April 30, 2018
18
19
20
21
22
23   Reported by:
     Gideon Choi
24   CSR No. 13258
25   Pages 1-  194
```

Page 1

| | | |
|---|---|---|
| 1 | Q    And then you also said that you did -- you took | 10:53:44 |
| 2 | inventory on Wednesdays.  What does that mean?  What did | 10:54:00 |
| 3 | you do? | 10:54:06 |
| 4 | A    Count food. | 10:54:06 |
| 5 | Q    Would you have to order food? | 10:54:08 |
| 6 | A    An employee did it. | 10:54:18 |
| 7 | Q    So you would count the food to see what you had | 10:54:20 |
| 8 | on hand, and then another employee would put in orders? | 10:54:24 |
| 9 | A    No.  Inventory is every week to see where we are | 10:54:29 |
| 10 | in food costs called weekly inventories. | 10:54:36 |
| 11 | Q    Say that again? | 10:54:47 |
| 12 | A    They're called weekly inventories. | 10:54:49 |
| 13 | Q    So you're checking to see where the restaurant | 10:54:52 |
| 14 | is on its food costs? | 10:54:55 |
| 15 | A    Correct. | 10:54:57 |
| 16 | Q    And was there some standard that you had to meet | 10:54:58 |
| 17 | with respect to the food cost? | 10:55:00 |
| 18 | A    Yes. | 10:55:02 |
| 19 | Q    And what was that, what was the standard? | 10:55:03 |
| 20 | A    I don't recall. | 10:55:07 |
| 21 | Q    But you had a certain goal that you were | 10:55:07 |
| 22 | supposed to meet? | 10:55:11 |
| 23 | A    There was. | 10:55:11 |
| 24 | Q    And what if you didn't make that goal, what | 10:55:12 |
| 25 | would you do? | 10:55:15 |

Page 39

```
 1   question as ambiguous because you said that, and he      11:16:17

 2   actually said two different things, so maybe we can      11:16:22

 3   break it down just a little further, please.            11:16:25

 4   BY MR. DALEY:                                            11:16:29

 5       Q    Okay.  To meet the goal of labor, what does that  11:16:33

 6   mean?                                                    11:16:39

 7       A    That I was told that I had to run a certain      11:16:39

 8   amount of hours in the kitchen.                         11:16:49

 9       Q    Okay.  First question is who told you that?     11:16:59

10       A    General managers.                              11:17:01

11       Q    And you had several general managers over the   11:17:03

12   years at Red Robin; correct?                            11:17:08

13       A    Yes.                                            11:17:09

14       Q    So did each general manager that you had say to  11:17:11

15   you that you have to run a certain amount of hours in   11:17:17

16   the kitchen?                                            11:17:21

17       A    Yes.                                            11:17:22

18       Q    And what does running a certain amount of hours  11:17:23

19   mean?  Does that mean that you have to schedule a       11:17:30

20   certain amount of hours?                                11:17:33

21       A    A budget from the general manager.             11:17:34

22       Q    So they would give you a budget, a number of    11:17:40

23   hours that you were allowed to schedule various         11:17:43

24   back-of-the-house employees for?                        11:17:50

25       A    Yes, but the general manager always approves the  11:17:52
```

Page 53

| | | |
|---|---|---|
| 1 | back-of-the-house's schedules or rejects it. | 11:17:59 |
| 2 | Q   Okay.  So let me see if I understand.  So they'd | 11:18:03 |
| 3 | give you a number.  I'm not saying that this is what the | 11:18:09 |
| 4 | number was, but they would give you a hundred hours for | 11:18:12 |
| 5 | a week or a month or a period?  What would be the | 11:18:15 |
| 6 | timeframe of the budget that was given to you? | 11:18:20 |
| 7 | A   Weekly. | 11:18:24 |
| 8 | Q   So they would give you a weekly budget, and then | 11:18:25 |
| 9 | you would schedule the back-of-the-house employees in | 11:18:29 |
| 10 | order to stay within that budget or below that number of | 11:18:35 |
| 11 | hours that was given to you? | 11:18:39 |
| 12 | A   Yes. | 11:18:40 |
| 13 | Q   And then once that schedule was generated, I | 11:18:41 |
| 14 | think what you're saying is the GM, you would have to | 11:18:48 |
| 15 | run that by the GM, and they would either approve the | 11:18:53 |
| 16 | schedule or reject it? | 11:18:56 |
| 17 | A   Yes. | 11:18:58 |
| 18 | Q   So was it approved only when you were under the | 11:18:58 |
| 19 | budget that was given to you? | 11:19:07 |
| 20 | A   Yes. | 11:19:08 |
| 21 | Q   And why would a weekly back-of-the-house be | 11:19:12 |
| 22 | rejected by a GM? | 11:19:21 |
| 23 | MS. ROUSSO:  That question calls for speculation. | 11:19:23 |
| 24 | You're instructed not to answer. | 11:19:25 |
| 25 | /// | 11:19:27 |

Page 54

```
 1    BY MR. DALEY:                                    11:19:27

 2        Q    What were you told by any of your GMs when a    11:19:27

 3    back-of-the-house schedule was rejected?         11:19:34

 4        A    That I was scheduling too many hours.    11:19:37

 5        Q    You went over budget?                    11:19:43

 6        A    Yes.                                      11:19:45

 7        Q    And what would you have to do if they rejected  11:19:45

 8    the back-of-the-house schedule?                  11:19:53

 9        A    Delete shifts of the employees.          11:19:55

10        Q    And how would you determine which shifts to    11:20:06

11    delete?                                          11:20:09

12        A    Assess what days were overstaffed.       11:20:09

13        Q    And what says that?                      11:20:19

14        A    A computer.                              11:20:19

15        Q    So the computer tells you what days were    11:20:21

16    overstaffed?                                     11:20:26

17        A    Yes.                                      11:20:26

18        Q    Once you delete the shift of employees, would   11:20:38

19    you have to get the schedule approved by the GM again?  11:20:42

20        A    Yes.                                      11:20:46

21        Q    Did you have to get schedules approved while    11:20:46

22    Adin Philleo was your general manager?           11:21:04

23        A    Can you repeat that again?  I'm sorry.   11:21:10

24        Q    So when Adin was the general manager of the    11:21:12

25    Irvine location, did you have to get the         11:21:17
```

Page 55

| | | |
|---|---|---|
| 1 | Q    Okay.  So Tuesday and Wednesday, typically, you | 11:40:27 |
| 2 | would have off? | 11:40:33 |
| 3 | A    Yes. | 11:40:34 |
| 4 | Q    And you said that it varies, so I imagine | 11:40:43 |
| 5 | sometimes -- would you be scheduled on a Tuesday or | 11:40:51 |
| 6 | Wednesday and then have another day of the week off? | 11:40:54 |
| 7 | A    Yes. | 11:40:57 |
| 8 | Q    Now, on the schedule when you worked Monday, | 11:40:58 |
| 9 | Thursday, Friday, Saturday, Sunday, my understanding is | 11:41:08 |
| 10 | the restaurant has two shifts, an opening shift and a | 11:41:13 |
| 11 | closing shift.  Which shift did you typically work? | 11:41:17 |
| 12 | A    Opening shift. | 11:41:21 |
| 13 | Q    And what hours would you work during an opening | 11:41:26 |
| 14 | shift? | 11:41:35 |
| 15 | A    Can you repeat that again? | 11:41:36 |
| 16 | Q    So what time would you start on an opening shift | 11:41:40 |
| 17 | and then what time would your shift end? | 11:41:43 |
| 18 | A    Start at 7:00, out time is 5:00, sometimes | 11:41:46 |
| 19 | later. | 11:41:56 |
| 20 | Q    Would it ever be earlier? | 11:42:04 |
| 21 | A    Barely. | 11:42:06 |
| 22 | Q    Rarely? | 11:42:11 |
| 23 | A    Rarely, yeah. | 11:42:12 |
| 24 | Q    So there were times on rare occasions that you | 11:42:13 |
| 25 | would leave or finish your shift before 5:00 p.m.? | 11:42:20 |

Page 68

| | | |
|---|---|---|
| 1 | A    Rarely, yeah. | 11:42:26 |
| 2 | Q    So is it fair to say that this Monday, Thursday, | 11:42:28 |
| 3 | Friday, Saturday, Sunday schedule was your typical | 11:42:36 |
| 4 | schedule that you worked during your employment with | 11:42:41 |
| 5 | Red Robin -- or let's even narrow it to your employment | 11:42:45 |
| 6 | while you were at Irvine. | 11:42:51 |
| 7 | MS. ROUSSO:  I'm going to object to the form of the | 11:42:52 |
| 8 | question as ambiguous and argumentative and perhaps | 11:42:57 |
| 9 | calling for speculation just because of the phrase "fair | 11:43:06 |
| 10 | to say".  Maybe we can tighten it a smidge. | 11:43:10 |
| 11 | MR. DALEY:  I'll just -- I'm just going withdraw the | 11:43:18 |
| 12 | question for now. | 11:43:20 |
| 13 | BY MR. DALEY: | 11:43:27 |
| 14 | Q    Were there other times when you would not work | 11:43:27 |
| 15 | the opening shift at Irvine? | 11:43:35 |
| 16 | A    Yes. | 11:43:40 |
| 17 | Q    So you would work the closing shift? | 11:43:41 |
| 18 | A    I don't recall.  Mids. | 11:43:46 |
| 19 | Q    You don't recall what? | 11:43:52 |
| 20 | A    I don't recall close, but I remember mids.  That | 11:43:54 |
| 21 | means 11:00 to 10:00, 10:30. | 11:44:03 |
| 22 | Q    So you recall working a mid shift which you said | 11:44:06 |
| 23 | was 10:00 to 10:00? | 11:44:12 |
| 24 | A    11:00 to 10:00, 10:30. | 11:44:13 |
| 25 | Q    Okay.  Do you recall how often you would work a | 11:44:15 |

Page 69

| | | |
|---|---|---|
| 1 | A    I don't remember. | 12:06:53 |
| 2 | Q    Do you recall if any of your training dealt with | 12:06:58 |
| 3 | management of employees? | 12:07:07 |
| 4 | A    Can you repeat that again? | 12:07:09 |
| 5 | Q    Do you recall if any of your training was on | 12:07:11 |
| 6 | managing employees? | 12:07:14 |
| 7 | A    No. | 12:07:16 |
| 8 | Q    Was it on operations of the restaurant? | 12:07:18 |
| 9 | A    No. | 12:07:25 |
| 10 | Q    What was the training on? | 12:07:26 |
| 11 | A    Learning the food. | 12:07:30 |
| 12 | Q    Like learning the menu or learning how to make | 12:07:37 |
| 13 | the food? | 12:07:40 |
| 14 | A    Learning how to make the food. | 12:07:40 |
| 15 | Q    Anything else? | 12:07:42 |
| 16 | A    Inventory. | 12:07:46 |
| 17 | Q    Learning how to do inventory? | 12:07:54 |
| 18 | A    Yes. | 12:07:56 |
| 19 | Q    Anything else? | 12:07:56 |
| 20 | A    I don't recall at this moment. | 12:08:01 |
| 21 | Q    When you were learning how to make the | 12:08:04 |
| 22 | food, who's teaching you?  And I'm not looking for a | 12:08:10 |
| 23 | specific person's name.  I'm looking for -- | 12:08:13 |
| 24 | A    Any cook. | 12:08:15 |
| 25 | Q    So the cooks are showing you? | 12:08:16 |

Page 84

| | | |
|---|---|---|
| 1 | side.  So aces and places is just the stronger people in | 12:39:55 |
| 2 | the right place. | 12:39:58 |
| 3 | Q   So let's say Juan is really good on the hot | 12:39:59 |
| 4 | side, and Jorge is really good on the cold side.  You | 12:40:02 |
| 5 | would want to make sure you put those guys in those | 12:40:05 |
| 6 | places where they're the strongest? | 12:40:08 |
| 7 | A   Yes. | 12:40:10 |
| 8 | Q   And as the KM, were you responsible for deciding | 12:40:10 |
| 9 | which aces go in which places? | 12:40:16 |
| 10 | A   No.  They know it automatic.  They know where to | 12:40:18 |
| 11 | go. | 12:40:27 |
| 12 | Q   The cooks do? | 12:40:27 |
| 13 | A   Yes. | 12:40:27 |
| 14 | Q   So you didn't have to tell them where to go? | 12:40:28 |
| 15 | A   No. | 12:40:30 |
| 16 | Q   Who were the cooks that typically worked with | 12:40:30 |
| 17 | you during the opening shift? | 12:40:35 |
| 18 | A   Jorge, Alberto, and Juan. | 12:40:40 |
| 19 | Q   And let's start with Jorge.  Was Jorge -- do you | 12:40:44 |
| 20 | know how long he had been with Red Robin? | 12:40:51 |
| 21 | A   No. | 12:40:53 |
| 22 | Q   Had he been with Red Robin for as long as you | 12:40:54 |
| 23 | had been at the Irvine location? | 12:41:02 |
| 24 | A   I don't recall.  He used to work Fashion Island. | 12:41:04 |
| 25 | Fashion Island closed, so he moved to Irvine.  I don't | 12:41:11 |

Page 95

| | | |
|---|---|---|
| 1 | recall when. | 12:41:15 |
| 2 | Q   Okay.   Did you hire either Jorge, Juan, or | 12:41:15 |
| 3 | Alberto? | 12:41:20 |
| 4 | A   No. | 12:41:21 |
| 5 | Q   So I think what you're saying is those guys, | 12:41:22 |
| 6 | they just knew where to go, and they would just go and | 12:41:28 |
| 7 | do it? | 12:41:34 |
| 8 | A   Yes. | 12:41:34 |
| 9 | Q   Without any direction from you? | 12:41:34 |
| 10 | A   Yes. | 12:41:36 |
| 11 | Q   Were you responsible for scheduling them? | 12:41:36 |
| 12 | A   Yes. | 12:41:41 |
| 13 | Q   So on the shifts that you worked, they were | 12:41:47 |
| 14 | normally scheduled to work with you during those shifts? | 12:41:58 |
| 15 | A   Yes. | 12:42:02 |
| 16 | Q   Did you ever evaluate their performance? | 12:42:02 |
| 17 | A   No. | 12:42:19 |
| 18 | Q   Did you ever discipline them? | 12:42:19 |
| 19 | A   Not that I remember.   I don't remember. | 12:42:25 |
| 20 | Q   Did Irvine have an action log? | 12:42:30 |
| 21 | A   Yes. | 12:42:33 |
| 22 | Q   Did you ever write anything about Jorge, Juan, | 12:42:37 |
| 23 | or Alberto in the action log? | 12:42:42 |
| 24 | A   I don't remember. | 12:42:44 |
| 25 | Q   As the kitchen manager, do you think you would | 12:42:45 |

Page 96

| | | |
|---|---|---|
| 1 | Q   Did you ever train Jorge, Juan, or Alberto? | 12:44:25 |
| 2 | A   No, because they already knew. | 12:44:30 |
| 3 | Q   They were good? | 12:44:36 |
| 4 | A   They knew already. | 12:44:37 |
| 5 | Q   They knew how to do their jobs? | 12:44:39 |
| 6 | A   Yes. | 12:44:41 |
| 7 | Q   Would you say that they were strong cooks? | 12:44:41 |
| 8 | MS. ROUSSO:  Object to the form of the question as | 12:44:47 |
| 9 | vague. | 12:44:49 |
| 10 | You may answer. | 12:44:50 |
| 11 | THE WITNESS:  I don't remember. | 12:44:50 |
| 12 | BY MR. DALEY: | 12:44:53 |
| 13 | Q   You don't remember if they did a good job or | 12:44:54 |
| 14 | not? | 12:44:56 |
| 15 | MS. ROUSSO:  Well, that misstates the prior | 12:44:59 |
| 16 | answer.  The question was were they strong, and so now I | 12:45:03 |
| 17 | think you're asking him a different question. | 12:45:07 |
| 18 | THE WITNESS:  Yeah, they were strong. | 12:45:15 |
| 19 | BY MR. DALEY: | 12:45:18 |
| 20 | Q   So what does that mean to you? | 12:45:18 |
| 21 | A   They're strong cooks. | 12:45:19 |
| 22 | Q   So did that mean that they knew how to do their | 12:45:22 |
| 23 | jobs? | 12:45:29 |
| 24 | MS. ROUSSO:  I'm going to object to the form of the | 12:45:38 |
| 25 | question as calls for speculation to the extent you're | 12:45:40 |

Page 98

| | | |
|---|---|---|
| 1 | A   I don't recall. | 12:52:31 |
| 2 | Q   You don't recall seeing a description of the | 12:52:38 |
| 3 | kitchen manager and what duties the kitchen manager is | 12:52:42 |
| 4 | to perform? | 12:52:46 |
| 5 | A   I don't remember. | 12:52:47 |
| 6 | Q   So as a kitchen manager -- and for the purpose | 12:52:49 |
| 7 | of these questions, I'm just going to refer to your time | 12:53:00 |
| 8 | at the Irvine location.  I want to know what duties you | 12:53:03 |
| 9 | performed as a kitchen manager at the Irvine location. | 12:53:12 |
| 10 | A   Can you rephrase the question? | 12:53:19 |
| 11 | Q   What did you do as a kitchen manager at the | 12:53:22 |
| 12 | Irvine location? | 12:53:24 |
| 13 | A   From start to end of the day? | 12:53:25 |
| 14 | Q   Well, we'll get there.  We'll get there.  At | 12:53:32 |
| 15 | least right now, I just want to focus on generally the | 12:53:37 |
| 16 | duties that you performed, and then we can talk about -- | 12:53:41 |
| 17 | we'll go through the day and talk about what you did on | 12:53:45 |
| 18 | a typical day. | 12:53:47 |
| 19 | A   So at Spectrum, to make sure the food get out of | 12:53:49 |
| 20 | Red Robin standard times and save heart-of-the-house or | 12:53:58 |
| 21 | back-of-the-house labor. | 12:54:05 |
| 22 | Q   I know we've been referring to heart-of-house | 12:54:13 |
| 23 | and back-of-the-house kind of interchangeably, but they | 12:54:16 |
| 24 | mean the same thing; correct? | 12:54:20 |
| 25 | A   Yeah. | 12:54:21 |

Page 103

```
 1      Q    Is it an assistant general manager or just an        13:06:46

 2   assistant manager?                                           13:06:50

 3      A    Just called assistant manager, but only for the      13:06:51

 4   front.                                                       13:06:57

 5      Q    Meaning they only were responsible for               13:06:57

 6   scheduling the front of the house team members?              13:07:06

 7      A    Correct.                                             13:07:09

 8      Q    And then you testified earlier that you did the      13:07:09

 9   schedules for the cooks.  Did you do the schedule for        13:07:14

10   the expo?                                                    13:07:19

11      A    I don't recall.  Sometimes I did.                    13:07:19

12      Q    Does that mean you sometimes scheduled an expo       13:07:30

13   or you sometimes created a schedule for the expo team        13:07:36

14   member?                                                      13:07:44

15      A    Can I explain?                                       13:07:44

16      Q    Yes.                                                 13:07:46

17      A    It was more front of the house because they use      13:07:47

18   servers and hostesses to expo so I was not fully in          13:07:51

19   charge of the expo.                                          13:07:57

20      Q    Okay.  Oh, I forgot about hostesses.  Servers        13:07:58

21   are front of the house, and you did not -- I'm sorry --      13:08:02

22   hosts?                                                       13:08:05

23      A    Correct.                                             13:08:09

24      Q    So during your time, the expo, even though it's      13:08:09

25   a back-of-the-house position -- they're back in the          13:08:14
```

Page 112

| | | |
|---|---|---|
| 1 | kitchen, right, or near the kitchen? | 13:08:18 |
| 2 | A    Yes. | 13:08:19 |
| 3 | Q    In terms of scheduling, that was handled by | 13:08:20 |
| 4 | another manager? | 13:08:23 |
| 5 | A    Correct. | 13:08:24 |
| 6 | Q    So did you have any control over whether an expo | 13:08:24 |
| 7 | was scheduled or not? | 13:08:32 |
| 8 | A    No. | 13:08:34 |
| 9 | Q    And at least during the week, sometimes there | 13:08:35 |
| 10 | was an expo scheduled and sometimes there wasn't? | 13:08:47 |
| 11 | A    Correct. | 13:08:50 |
| 12 | Q    We forgot one.  Dishwasher is part of the | 13:08:51 |
| 13 | back-of-the-house? | 13:08:58 |
| 14 | A    Yes. | 13:08:59 |
| 15 | Q    And were you responsible for scheduling the | 13:08:59 |
| 16 | dishwasher? | 13:09:04 |
| 17 | A    Yes. | 13:09:04 |
| 18 | Q    Would a dishwasher be scheduled to work during | 13:09:05 |
| 19 | the week? | 13:09:15 |
| 20 | A    Say that again?  I'm sorry. | 13:09:15 |
| 21 | Q    Was a dishwasher scheduled to work during the | 13:09:18 |
| 22 | week? | 13:09:21 |
| 23 | A    No. | 13:09:21 |
| 24 | Q    And I think you were -- well, I guess I won't | 13:09:23 |
| 25 | assume what you were answering, but you're saying the | 13:09:32 |

Page 113

| | | |
|---|---|---|
| 1 | dishwasher is not scheduled during the week for either | 13:09:36 |
| 2 | the opening shift or the closing shift? | 13:09:39 |
| 3 | A   Closing shift, yes.  Opening shift, we don't | 13:09:44 |
| 4 | have a dishwasher. | 13:09:51 |
| 5 | Q   Do you know what time the dishwasher would come | 13:09:53 |
| 6 | in for the closing shift? | 13:10:04 |
| 7 | A   After 5:00. | 13:10:05 |
| 8 | Q   And for each of these heart-of-the-house | 13:10:06 |
| 9 | positions, the cooks, the expo -- well, not the expo, I | 13:10:13 |
| 10 | guess -- the cooks and the dishwashers, you set their | 13:10:18 |
| 11 | schedules for both opening and closing shifts for each | 13:10:25 |
| 12 | day of the week? | 13:10:29 |
| 13 | A   Yes. | 13:10:30 |
| 14 | MS. ROUSSO:  I'm sorry.  Can I hear that question and | 13:10:40 |
| 15 | answer back? | 13:10:42 |
| 16 | THE COURT REPORTER:  "Question:  And for each of | 13:10:43 |
| 17 | these heart-of-the-house positions, the cooks, the expo | 13:10:43 |
| 18 | -- well, not the expo, I guess -- the cooks and the | 13:10:43 |
| 19 | dishwashers, you set their schedules for both opening | 13:10:43 |
| 20 | and closing shifts for each day of the week?" | 13:11:03 |
| 21 | MS. ROUSSO:  Thank you. | 13:11:03 |
| 22 | BY MR. DALEY: | 13:11:12 |
| 23 | Q   Was there ever a meeting prior to the restaurant | 13:11:12 |
| 24 | opening at 11:00 with the team members? | 13:11:22 |
| 25 | A   Sometimes. | 13:11:26 |

Page 114

```
 1      Q   Was it your understanding that as a kitchen        13:14:47

 2   manager, you were expected to hire employees or team      13:14:56

 3   members for the heart-of-the-house?                       13:15:00

 4      A   No.                                                13:15:02

 5      Q   That was not your expectation?                     13:15:03

 6      A   No.                                                13:15:08

 7      Q   You were never told by anyone from Red Robin       13:15:08

 8   that you were supposed to hire any heart-of-the-house     13:15:13

 9   employee?                                                 13:15:17

10      A   Can I explain that?                                13:15:17

11      Q   Yes.                                               13:15:22

12      A   I was instructed to recommend, but only the        13:15:23

13   general manager can hire a team member/employee.          13:15:32

14      Q   Okay.  So you were instructed to recommend         13:15:36

15   someone to be hired for a heart-of-the-house position?    13:15:41

16      A   Correct.                                           13:15:44

17      Q   Did you do that while you were at Irvine; did      13:15:45

18   you ever recommend anyone to be hired for the             13:15:51

19   heart-of-the-house?                                       13:15:53

20      A   I don't recall at this moment.                     13:15:53

21      Q   You can't remember ever doing that?                13:16:02

22      A   I don't remember at this moment.                   13:16:03

23      Q   What about firing heart-of-the-house team          13:16:08

24   members, did you ever fire a heart-of-the-house team      13:16:14

25   member?                                                   13:16:18
```

Page 117

```
 1    BY MR. DALEY:                                   14:51:13

 2       Q    How did you do ordering for the Irvine  14:51:14

 3    restaurant?                                     14:51:18

 4       MS. ROUSSO:  It's vague because it could be  14:51:18

 5    methodology, it could be qualitative.           14:51:22

 6    BY MR. DALEY:                                   14:51:22

 7       Q    Whatever you understand it to mean, how did you  14:51:25

 8    do ordering?                                    14:51:27

 9       MS. ROUSSO:  No, no.  You told him not to answer any  14:51:27

10    question he doesn't understand.                 14:51:30

11    BY MR. DALEY:                                   14:51:32

12       Q    Do you not understand the question?    14:51:33

13       A    No.  How?                               14:51:34

14       MS. ROUSSO:  You answered.  You said you don't  14:51:37

15    understand.                                     14:51:38

16       THE WITNESS:  I don't understand the question.  14:51:39

17    BY MR. DALEY:                                   14:51:40

18       Q    What did you do to order food for the  14:51:42

19    restaurant?                                     14:51:45

20       A    Count on-hand and call or place it on the  14:51:47

21    computer.                                       14:52:00

22       Q    So count what you have on hand and then call or  14:52:00

23    order through the computer or place the order on the  14:52:05

24    computer?                                       14:52:08

25       A    Correct.                                14:52:09
```

                                                   Page 138

| | | |
|---|---|---|
| 1 | Q   How would you know how much of a product to | 14:52:09 |
| 2 | order? | 14:52:18 |
| 3 | A   We have a par for ordering. | 14:52:18 |
| 4 | Q   What are pars? | 14:52:29 |
| 5 | A   Pars is you average the last three weeks before | 14:52:35 |
| 6 | in the usage, and then you decide how much you need. | 14:52:42 |
| 7 | Q   So you would look at the last three weeks, how | 14:52:46 |
| 8 | much you used of a certain product, and create an | 14:52:54 |
| 9 | average, and that would be your par? | 14:52:57 |
| 10 | A   Correct. | 14:52:59 |
| 11 | Q   And then how would you know how much to order | 14:53:00 |
| 12 | going forward after you created the par? | 14:53:06 |
| 13 | A   On hand -- if your par is five and you got two, | 14:53:09 |
| 14 | you order three. | 14:53:15 |
| 15 | Q   Okay.  In creating the pars, did you -- was that | 14:53:16 |
| 16 | just a program that you used on the computer? | 14:53:31 |
| 17 | MS. ROUSSO:  I'm going to object to the form of the | 14:53:36 |
| 18 | question as misstating testimony.  I don't think he | 14:53:39 |
| 19 | actually said he created pars.  Maybe we can clean that | 14:53:41 |
| 20 | up. | 14:53:45 |
| 21 | MR. DALEY:  Are you instructing him not to answer | 14:53:49 |
| 22 | or -- | 14:53:51 |
| 23 | MS. ROUSSO:  No.  If he understands your question, he | 14:53:52 |
| 24 | can answer it. | 14:53:57 |
| 25 | THE WITNESS:  Repeat that for me again? | 14:54:01 |

Page 139

```
 1    BY MR. DALEY:                                      14:54:03

 2       Q    Did you create the pars?                   14:54:03

 3       A    A team member did, an employee.            14:54:04

 4       Q    So not you?                                14:54:09

 5       A    No.                                        14:54:10

 6       Q    Who created the pars?                      14:54:11

 7       A    Jorge and I sit down and create the pars on  14:54:16

 8    Monday for the week.                               14:54:22

 9       Q    Okay.  So on Monday, you get the pars that Jorge  14:54:24

10    creates, and then you make the order based on the pars?  14:54:30

11       A    Anybody makes the order, not only me.      14:54:37

12       Q    And when you say anybody, could Jorge make the  14:54:40

13    order?                                             14:54:44

14       A    Jorge and other cooks.                     14:54:44

15       Q    So any team member could have placed an order  14:54:54

16    for the restaurant?                                14:54:56

17       A    There was three that I know that can do    14:54:58

18    it.  There's Jorge, Juan, Jose.                    14:55:03

19       Q    And you?                                   14:55:11

20       A    And me and any other manager.              14:55:12

21       Q    And any other manager?                     14:55:15

22       A    Correct.                                   14:55:18

23       Q    Did you have you to train Jorge, Juan, or Jose  14:55:18

24    on how to do the orders?                           14:55:28

25       A    No.                                        14:55:31
```

Page 140

```
 1   question as vague and ambiguous.                      16:23:32

 2       THE WITNESS:  I don't recall right now because there  16:23:50

 3   was different --                                      16:23:56

 4   BY MR. DALEY:                                         16:23:56

 5       Q   Different what?                               16:24:02

 6       A   Guest complaints.  Some of them need me to go  16:24:03

 7   over there, but I don't recall that.                  16:24:06

 8       Q   You don't recall what?                        16:24:10

 9       A   That I have to handle a guest complaint.      16:24:13

10       Q   So you don't recall ever handling a guest     16:24:17

11   complaint?                                            16:24:21

12       A   I remember I handled this one that was in this  16:24:24

13   e-mail, but other than that, I don't recall.          16:24:27

14       Q   Okay.  So the guest complaint that we referred  16:24:31

15   to in Exhibit 11 is the only one that you remember that  16:24:35

16   you handled?                                          16:24:46

17       A   Yeah, because I see it in here, so I do       16:24:47

18   remember.                                             16:24:50

19       Q   I think you said earlier Adin Philleo was the  16:24:50

20   last GM that you had at Irvine; is that right?        16:24:59

21       A   Yes.                                          16:25:03

22       Q   Who was before Adin?                          16:25:03

23       A   I forgot his name.  I don't remember his name at  16:25:07

24   this time.                                            16:25:15

25       MS. ROUSSO:  I'm sorry.  Can we take just a very   16:25:17
```

Page 191

1    11:00, 12:00, or shortly thereafter; correct?

2        A.    Correct.

3        Q.    So from 7 o'clock to 11 o'clock, were you

4    always the highest ranking person there unless another

5    manager showed up?

6        A.    Yes.

7        Q.    Was there any need -- was there ever a time

8    where you served a customer food or prepared food for a

9    customer prior to the restaurant opening?

10       A.    No.

11       Q.    Would there have ever been a need to wash

12   dishes before the restaurant opened?

13       A.    Absolutely.

14       Q.    And why?

15       A.    Because there is a lot of pans and pots being

16   used and containers that need to be washed.

17       Q.    I apologize.  Plates and silverware?

18       A.    No.

19       Q.    Just to be clear, that's because they cleaned

20   them the night before and the customers haven't eaten a

21   meal yet; correct?

22       A.    Correct.

23       Q.    And prior to starting actually preparing or

24   cooking food in the back of the house, in the kitchen,

25   was there a need to wash pots and pans?

Page 221