**EXHIBIT 2**

Atkinson-Baker Court Reporters
www.depo.com

```
 1                  UNITED STATES DISTRICT COURT

 2        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

 3

 4   MARCIANO TOPETE,                 ) Case No.: 8:17-cv-01721
                                      ) AG (JDEx)
 5           Plaintiff,               )
                                      )
 6       vs.                          )
                                      )
 7   RED ROBIN INTERNATIONAL, INC., a )
     Nevada Corporation, doing        )
 8   business as RED ROBIN BURGER AND )
     SPIRITS EMPORIUMS, and DOES 1    )
 9   through 20, inclusive,           )
                                      )
10           Defendants.              )
                                      )
11   _____)

12

13

14

15       DEPOSITION OF ADIN PHILLEO, taken on behalf of the

16   Plaintiff, at 12777 West Jefferson Boulevard, Building D,

17   Suite 300, Los Angeles, California, commencing at 3:04

18   p.m., Wednesday, May 2, 2018, before BRITTANY SILVA, CSR

19   NO. 13940, pursuant to NOTICE.

20

21

22

23   ATKINSON-BAKER, INC.
     COURT REPORTERS
24   (800) 288-3376
     www.depo.com
25   FILE NO.: AC03A77
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1  please?
 2      A.   Four years.
 3      Q.   And of the four years that you've been the GM at
 4  the Irvine Red Robin, how long were you the GM when
 5  Mr. Marciano Topete was employed there?
 6      A.   I've been the general manager of the Irvine
 7  location for a little over two years.  I was the general
 8  manager with Marcos, I believe, a little over a year with
 9  him.
10      Q.   Okay.  So someone else was the GM while
11  Mr. Topete was working at the Irvine Red Robin before
12  you; correct?
13      A.   Yes.
14      Q.   And do you know the name or names of any of
15  those people?
16      A.   Yes.
17      Q.   And what are those names, please?
18      A.   Charlie.  I think that's it.  I know Charlie was
19  his general manager.
20      Q.   And is Charlie still working for Red Robin?
21      A.   Yes.
22      Q.   Where is he working at?
23      A.   I don't know.
24      Q.   And I'd like to talk to you about what you did,
25  if anything, to prepare for this deposition.  First of
```