# EXHIBIT 4

Atkinson-Baker Court Reporters
www.depo.com

1              UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

3

4   MARCIANO TOPETE,            )
                                )
5           Plaintiff,          )
                                )
6           vs.                 ) Case No.:
                                ) 8:17-cv-01721 (JDEx)
7   RED ROBIN INTERNATIONAL,    )
    INC., a Nevada Corporation,) [Originally Orange
8   doing business as RED       ) County Superior
    ROBIN BURGER AND SPIRITS    )
9   EMPORIUMS, and DOES 1       )
    through 20, inclusive,      ) Case No. 30-2017-
10                              ) 00930423-CU-OE-CJCJ]
    _____)

11

12

13     DEPOSITION OF THE PERSON DESIGNATED BY DEFENDANT

14        RED ROBIN INTERNATIONAL, INC.'S PERSON MOST

15             KNOWLEDGEABLE BY AND THROUGH

16                     KARIN DAVIE

17             LOS ANGELES, CALIFORNIA

18                FRIDAY, MAY 4, 2018

19

20
    ATKINSON-BAKER, INC.
21  COURT REPORTERS
    (800)288-3376
22  www.depo.com

23

24  REPORTED BY:   LETICIA ROJO, CSR NO. 12132

25  FILE NO.:  AC03A7B

PMK Karin Davie
May 4, 2018

```
 1   narrower question, please?

 2       Q.    Sure, I can do that.

 3       A.    Thank you.

 4       Q.    Let's do this:  I'm going to give you

 5   what's been marked as Exhibit 1 --

 6       A.    Okay.

 7       Q.    -- which is the notice of deposition.

 8             (Whereupon Exhibit 1 was marked for

 9   identification by the court reporter and is

10   attached hereto.)

11   BY MS. ROUSSO:

12       Q.    And let me ask you, first of all, if

13   you've seen that before?

14       A.    Yes.

15       Q.    And when was the first time you saw this

16   notice of deposition?

17       A.    Two weeks ago?

18       Q.    And what, if anything -- well, what is

19   your understanding of the issues about which you

20   have been designated as the person most

21   knowledgeable today?

22       A.    The classification of Marcos.

23       Q.    Okay.  So you are here to testify about

24   number one and number two specified in this notice;

25   is that correct?
```

                                                        13

```
1              MR. DALEY:  She's looking at these two
2    categories.
3              THE WITNESS:  Yes, that's correct.
4    BY MS. ROUSSO:
5         Q.    Okay.  Did you talk to anyone besides any
6    of the attorneys in this case in order to prepare
7    for this deposition?
8         A.    Yes, I've talked to Adin and Becky.
9         Q.    When was that?
10        A.    I talked to Adin and Becky both on
11   Wednesday, and Adin again yesterday.
12        Q.    So you talked to him after his
13   deposition?
14        A.    Uh-huh.
15        Q.    And did he tell you what he was asked?
16        A.    No.
17        Q.    What did he tell you?
18        A.    He gave me some -- I asked him more
19   questions actually, so I was asking him about some
20   of the things that Marcos had done in the
21   restaurant since I don't get a chance to make
22   direct observations myself.
23        Q.    And Adin was able to tell you -- well,
24   what did Adin tell you about what the things Marcos
25   had done in the restaurant?
```

Atkinson-Baker Court Reporters
www.depo.com

1    time.

2         Q.    Okay.  And it's true, is it not, that Red

3    Robin does not know how much time Mr. Topete spent,

4    literally spent, doing any given task; is that

5    correct?

6         A.    There would be no way for us to know

7    every minute of every day of every salaried manager

8    in the company.

9         Q.    Okay.  Thank you.  So how long were your

10   two conversations with Adin?

11        A.    About five to ten minutes each.

12        Q.    And was this over the phone?

13        A.    Yes, ma'am.

14        Q.    Did he tell you about any documents that

15   he was shown?

16        A.    I don't believe Adin told me.  I don't

17   recall that.

18        Q.    And how about Becky, how long was the

19   conversation with her?

20        A.    About the same there.

21        Q.    And did she tell you about any documents

22   that she was shown?

23        A.    I want to say that she mentioned a

24   document, but I can't remember what it was.

25        Q.    Okay.  Did you review any records that

Atkinson-Baker Court Reporters
www.depo.com

```
 1    as exempt or nonexempt; correct?
 2         A.     Correct.
 3         Q.     You have an understanding of the process
 4    by which that decision is made; is that right?
 5         A.     I don't know that I understand your
 6    question.
 7         Q.     What, if anything, is your understanding
 8    of how it is that an employee like Mr. Topete is
 9    classified as exempt versus nonexempt?
10         A.     So the salary has to be double the
11    minimum wage, the duties have to be such that are
12    managerial duties, they have to direct and coach at
13    least two or more team members, and they have to be
14    able to use their discretion.
15         Q.     And what's your understanding, if any, of
16    the time that needs to be devoted to any one of
17    those activities that you've just listed?
18         A.     Over 50 percent of their time.
19         Q.     And is it your understanding that Red
20    Robin bases its decision on whether to characterize
21    someone as exempt or nonexempt based on what their
22    duties are alone?
23         A.     The team member handbook states the rules
24    around exempt team members and it includes salary,
25    it includes duties, and it includes discretion.
```

PMK Karin Davie
May 4, 2018

Atkinson-Baker Court Reporters
www.depo.com

1          What, if anything, is your understanding

2     of what -- did you have any understanding of what

3     Mr. Topete's duties were other than what you

4     already listed to me?

5          A.     So you want to know if I know what a

6     kitchen manager is supposed to do?

7          Q.     We can -- we can -- and we'll -- with the

8     understanding that when you're talking about what a

9     kitchen manager is supposed to do, you're referring

10    specifically to Mr. Topete, yes.  Okay?  In other

11    words, there may be a difference between what a

12    kitchen manager does and what Mr. Topete did, I

13    don't know.

14         A.     Okay.

15         Q.     So let's starts here.  What were the

16    duties of a kitchen manager?

17         A.     The kitchen manager is responsible for

18    writing their schedule for all of the hourly team

19    members that are in the kitchen.  They hire.  They

20    fire.  They hold the team members accountable and

21    do any kind of corrective action or disciplinary

22    action that needs to happen.  They're running their

23    cost center so they're focused on food cost.  They

24    are inventorying.  They are ordering.  They are

25    making sure that everything that's needed based on

Atkinson-Baker Court Reporters
www.depo.com

```
 1    that day's individual sales or whatever is
 2    happening in that specific period that we're not
 3    running out of food and that we're able to deliver
 4    on our promise to our guests in a consistent
 5    manner.  I don't know -- if I remember said placing
 6    orders.
 7         Q.    You did.
 8         A.    Okay.
 9              MS. ROUSSO:  Off the record.
10              (Recess was taken.)
11              MS. ROUSSO:  Back on the record.
12    BY MS. ROUSSO:
13         Q.    Okay.  I'm going to hand you what's been
14    marked as Exhibit 6, which is the job description
15    for Mr. Topete.
16              (Whereupon Exhibit 6 was marked for
17    identification by the court reporter and is
18    attached hereto.)
19    BY MS. ROUSSO:
20         Q.    Have you seen this before?
21         A.    Yes.
22              MR. DALEY:  Is this Exhibit 6 to -- this
23    is not --
24              MS. ROUSSO:  No, this is Exhibit 6 to
25    this deposition.  Whenever I'm referring to another
```

Atkinson-Baker Court Reporters
www.depo.com

1    Q.    And the food that he ordered was -- he
2    didn't decide based on whatever he thought was
3    necessary what to order, did he?
4    A.    Yes.
5    Q.    Well, he was given lists of products that
6    he had to have; correct?
7    A.    Are you talking about amounts or items?
8    Q.    Both.
9    A.    So of course he has to order things that
10   we have on our menu.  There is no way around that.
11   And then as far as what -- how much to order, that
12   would be based on the sales that they were
13   projecting for that week, what their current
14   inventories were, he would have looked into what
15   the waste was, did he need to order more of
16   something.  So he would have had to decide how much
17   of each thing to order, but he would have been
18   given a guideline based on their projections.
19   Q.    Okay.  And the menus for Red Robin
20   restaurants are the same -- are they the same
21   nationwide or statewide or how similar are they?
22   A.    Nationwide they're pretty much identical.
23   We have locations in Canada as well, and they have
24   some regional specific things in Canada.
25   Q.    Okay.  So when he was ordering food for

47

Atkinson-Baker Court Reporters
www.depo.com

1    the restaurant, what he ordered was based on what

2    was on the menu for the restaurant; correct?

3         A.    Yes.

4         Q.    So for example, Mr. Topete did not have

5    the discretion to say, well, you know what, tonight

6    we're going to have tacos made with bean curd

7    because I saw -- I like those.  He didn't have the

8    discretion to change a menu item, did he?

9         A.    He works for a corporation, no, he

10   didn't.

11        Q.    Okay.  Thank you.  And do you know how

12   much time it took to order materials for the

13   restaurant on a daily or weekly or monthly basis?

14        A.    It would again depend on the strength of

15   the manager placing the order, because they'd have

16   to go in.  He would have maintained his -- they

17   call them their IF books.  He would have had a IF

18   book on his food, and he would have had to maintain

19   what his actual usage was, his pars were, and then

20   he would have had to go in and look based on all of

21   those factors, as well as inventory what his orders

22   would have to look like.  Stronger kitchen managers

23   get pretty quick at that.  So I can't tell you how

24   long it took him.  I don't know his skill level

25   with it.

Atkinson-Baker Court Reporters
www.depo.com

1      Q.     Okay.  And what's a par?

2      A.     A par?

3      Q.     Yeah.

4      A.     Okay.  So that's what we think we're

5  going to need.

6      Q.     The food items that Mr. Topete ordered

7  were to come from vendors specified by whom,

8  please?

9      A.     The home office.  We have a supply chain

10  department and they work with us to make sure that

11  any vendor we use is approved and is going to give

12  us safe product from reputable sources.

13      Q.     So Mr. Topete didn't have the discretion

14  to choose a vendor for a given food item, did he?

15      A.     No.

16      Q.     Thank you.  Red Robin keeps track of

17  labor hours expended in a given restaurant;

18  correct?

19      A.     Yes.

20      Q.     And labor hours are a function of

21  profitability; correct?

22      A.     Yes.

23      Q.     So the more you spend on labor the less

24  money you make; correct?

25      A.     Correct.

1    that right?

2         A.    Yes.

3         Q.    And so when dishwashers weren't there,

4    whoever was cross-trained to wash dishes was

5    expected to do those dishes; correct?

6         A.    It would be up to the manager on duty to

7    decide who was going to be the person who supported

8    the dish washing that day, and they should have

9    good conversations with the team to make sure that

10   people understand who would be helping in that

11   area.

12        Q.    Depending on the business of a given day,

13   was there any expectation, that anyone who was

14   cross-trained to wash dishes, would in fact wash

15   dishes if a need arose?

16        A.    I wouldn't know what the managers would

17   have expected of their team members, but yeah, any

18   team member who knows how to wash dishes could hop

19   back there for a few minutes and complete a little

20   bit of that.  Usually it was directed by the

21   manager to make sure that someone was taking care

22   of it, but there are team members who would

23   probably have just taken the initiative to do some

24   of those things on their own.

25        Q.    And as you sit here today, you do not

Atkinson-Baker Court Reporters
www.depo.com

1  know whether or not Mr. Topete ever washed dishes

2  or do you?

3      A.    Adin told me that from time to time he

4  would step in and wash dishes for a little bit.

5      Q.    How does Adin know that it was just a

6  little bit?

7      A.    I wouldn't know how Adin knows that.

8      Q.    Adin did not give you any information

9  that he was aware of exactly how much time

10 Mr. Topete spent doing dishes on a given day, did

11 he?

12     A.    Adin would only have seen Marcos on the

13 dish machine when Adin was in the building, so I

14 don't know that Adin could tell you on a day-to-day

15 basis.

16     Q.    Okay.  And how about cooking, do you have

17 any understanding that Mr. Topete actually worked

18 on the line cooking food items for the restaurant?

19     A.    What I understand is that there were

20 times when any of the managers may have to step in

21 and cook for a little bit to help get the team back

22 so we're delivering on our promises to our guests,

23 but then the expectation is to step out as quickly

24 as possible.

25     Q.    So as you sit here today though, you

```
1    don't have any information from any source how much

2    time Mr. Topete spent cooking on a daily or weekly

3    or monthly basis; correct?

4         A.    I couldn't tell you a number.

5         Q.    And when you say delivering on a promise

6    to our guests, I'm going to paraphrase, but I think

7    Red Robin's motto is that you give your guests the

8    gift of time; correct?

9         A.    That is part of what we look at.

10        Q.    And so one of the things that a kitchen

11   is expected to do is get the food out fast;

12   correct?

13        A.    Yes.

14        Q.    And in terms of expectations of kitchen

15   managers like Mr. Topete, it was expected that he

16   would ensure that the kitchen got food out timely

17   or quickly; correct?

18        A.    So it was expected that he was coaching

19   and developing his team so that they could execute

20   ticket times, yes.

21        Q.    And was it expected that he was to do

22   whatever it took to make sure food got out on time?

23        A.    What do you mean by whatever it took?

24        Q.    Well, I mean, you're talking about

25   coaching members and so forth, and I'm talking
```

Atkinson-Baker Court Reporters
www.depo.com

1      Q.    Okay.  If you could, please, turn to the

2   next page, which is Page 5.  And also Bates number

3   121.  And you see the bold heading "team member

4   classification"?

5      A.    Yes.

6      Q.    Could you please read just that first

7   paragraph starting with the words "all team

8   members."

9      A.    "All team members are classified as

10  exempt or non-exempt.  This terminology is complex

11  and is centered on job responsibilities actually

12  performed by the employee.  Exempt or non-exempt

13  status is determined by the actual job, not the job

14  title."

15     Q.    This is part of Red Robin's employee

16  handbook; correct?

17     A.    This one is dated from 2013.  I don't

18  know what this one's from.  There's no date on it,

19  so I can't tell you if it's still currently part of

20  our handbook or not.

21     Q.    Okay.  Do you know whether it was part of

22  the handbook when Mr. Topete worked for you?

23     A.    I don't know.

24     Q.    Well, I will represent to you that in

25  discovery, we requested the employee handbooks that

Atkinson-Baker Court Reporters
www.depo.com

1    were applicable at the time of Mr. Topete's

2    employment, and we were given a big handbook.

3         A.    Okay.

4         Q.    And this page, number 121, is a page from

5    that.

6         A.    Okay.  Thank you.

7         Q.    So let me ask you this, what, if

8    anything, is your understanding of the sentence

9    "exempt or nonexempt status is determined by the

10   actual job, not the job title"?

11        A.    My understanding of that would be that

12   you are following through on your duties.  And your

13   duties outlined would be what make you exempt or

14   nonexempt.

15        Q.    Okay.  Anything else?

16        A.    No.

17        Q.    So your understanding that exempt or

18   nonexempt status is determined by the actual job,

19   not the job title, is that your status depends on

20   your duties?  Do I have that right?

21        A.    The job description and executing the job

22   description.

23        Q.    And executing the job description.  As a

24   member of human resources for Red Robin, is it your

25   belief that Red Robin's classification of employees

Atkinson-Baker Court Reporters
www.depo.com

1  employed.

2       Q.    And are those records still in existence,

3  the handwritten ones?

4       A.    I don't know.

5       Q.    Do you know when the electronic ones

6  started to be used?

7       A.    I don't know the exact date.

8       Q.    Do you know how long captain's logs in

9  general have been used, whether or not they were

10 electronic?

11      A.    As long as I've been with the

12 organization.

13      Q.    When a manager generates a captain's log,

14 does he or she have to log in in some way in order

15 to do that?

16      A.    I don't know if the file is password

17 protected but they would have to log in using

18 generic credentials to unlock the back office

19 computer if it had gone to sleep.

20      Q.    Okay.  The Red Robin in Irvine where Mr.

21 Topete worked was not a training store; correct?

22      A.    I do not believe it was a training

23 location for us at that time.

24      Q.    Okay.  I'm going to show you something

25 that was marked as Exhibit 9 to the deposition of

81

Atkinson-Baker Court Reporters
www.depo.com

1    comes out that shows how we're doing on labor for

2    front of house and heart of the house in every

3    single location, broken down by restaurant region,

4    director of operation, and vice president of

5    operation.

6         Q.    And what is that report based on, please?

7         A.    That report is based on their actual

8    labor hours.

9         Q.    And who -- how are those labor hours

10   recorded?

11        A.    So when they schedule through the Watson

12   system, Watson knows what we're supposed to have

13   based on the forecast that the general manager puts

14   in, and then based on when team members are

15   clocking in and clocking out, they're able to see

16   exactly how that matches up with the forecast, and

17   how we did with being in line with what we were

18   projected to spend in labor.

19        Q.    Is there a goal to try and match the

20   labor costs to what is forecasted by the Watson

21   system?

22             MR. DALEY:   Objection.  Vague and

23   ambiguous, and calls for speculation as to each

24   location.

25   BY MS. ROUSSO:

PMK Karin Davie
May 4, 2018

Atkinson-Baker Court Reporters
www.depo.com

1    Q.    Do you understand the question?

2    A.    Yes.  Yeah, we want to be as close to

3  projection as possible.

4    Q.    And so when labor costs are higher than

5  what was forecasted that is not good; correct?

6    A.    When labor on a single day or in general?

7    Q.    You could say a single day, sure.

8    A.    That's not where you want to be, but

9  you're making a business decision when you're

10  there.  So depending on the flow of business that

11  day, you may have decided that you needed to keep

12  people longer, or it could be that the manager just

13  didn't do a good job with their phasing.  But you

14  want to be as close to projection as possible.

15    Q.    And the Watson system was in place when

16  r. Topete was employed by Red Robin; isn't that

17  correct?

18    A.    I don't know for sure.  I assume that it

19  was.

20    Q.    Did you understand from Ms. Bailey or Mr.

21  Philleo that Mr. Topete at any time had complained

22  to anyone about the Watson system?

23    A.    I did not hear of any complaints that he

24  made on the Watson system.

25    Q.    So neither Mr. -- did Mr. Philleo tell

84

1   you about any complaints that he had heard about?

2       A.    No.

3       Q.    Who is Homan Razeghi?

4       A.    Homan is a kitchen manager at our

5   Foothill Ranch location.

6             MS. ROUSSO:   And for the record that's

7   H-O-M-A-N, R-A-Z-E-G-H-I.

8   BY MS. ROUSSO:

9       Q.    And did you talk with either Ms. Bailey

10  or Mr. Philleo about a communication from Mr.

11  Razeghi regarding Mr. Topete?

12      A.    Yes.

13      Q.    What were you told about this

14  communication, and by whom, please?

15      A.    Well, Caren Bertani called me and talked

16  to me about it because Marcos had come into the

17  Foothill Ranch location while he was out on leave

18  of absence and was not maintaining himself as a

19  guest, and he was going in and out of different

20  areas of the restaurant, and then they -- I guided

21  Caren to make sure that Becky was -- or the ROD at

22  the time was in the loop that Marcos was doing

23  that.

24      Q.    And are you aware of anything that Mr.

25  Razeghi was told by Mr. Topete?

85

Atkinson-Baker Court Reporters
www.depo.com

```
 1        A.      I did see the e-mail that you're looking

 2   at, and I note that it states that Marcos had

 3   complained about doing too many hourly functions.

 4   I had never gotten a complaint from Marcos that he

 5   was doing too many hourly functions, and I also

 6   never heard any complaints from his team members

 7   that they could not find him on a shift to perform

 8   manager duties.

 9        Q.      I'm sorry, what was that last?

10        A.      I have not heard any complaints from the

11   hourly team members in Irvine that they could not

12   find Marcos on a shift to help support them with

13   managerial duties.

14        Q.      So no one reported to you that they were

15   unable to find Marcos during a given shift; is that

16   right?

17        A.      Yeah, he was available to them as a

18   manager as far as I'm aware.

19        Q.      And you're familiar with the pocket pal,

20   are you not?

21        A.      Yes, I am.

22        Q.      And the pocket pal is what, please?

23        A.      It is a coach's guide, is the way I like

24   to describe it.  It has a lot of Red Robin's

25   standards and systems outlined in pocket form for
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1   managers as a quick reference for them in case they
 2   need to look something up or if they want to ensure
 3   they're coaching the right standard.
 4        Q.    Okay.  And the things that are included
 5   in the pocket file include standards as to how to
 6   clean a sink, for example?
 7        A.    Yes.
 8        Q.    And how to safely store food; correct?
 9        A.    Correct.
10        Q.    And it also has how to clean different
11   kinds of equipment; correct?
12        A.    Yes.
13        Q.    And it also has the contents of a number
14   of menu items; correct?
15        A.    All the recipes at the time are in there,
16   yes.
17        Q.    And it also specifies the portions that
18   if someone orders a whiskey river burger, it says
19   how big the burger is supposed to be; correct?
20        A.    Yes.
21        Q.    And how many tomato slices and so forth?
22        A.    Yes.
23        Q.    And all of that is specified here.
24        A.    Yes.
25        Q.    And Mr. Topete was expected to adhere to
```

Atkinson-Baker Court Reporters
www.depo.com

```
1    either the guidelines or recipes or standards that
2    were stated in this pocket pal; is that right?
3         A.    Yes.
4         Q.    He didn't have discretion to deviate from
5    this, did he?
6         A.    The guests need to have the same Red
7    Robin experience whether they're in Maine,
8    North Carolina or Irvine.
9         Q.    Great.  Do you know where Mr. Topete
10   received his training to become a kitchen manager?
11        A.    I believe in the documents I reviewed in
12   preparation for today, he trained up in northern
13   California, either in San Mateo or San Bruno.
14        Q.    Do you know whether he completed his
15   train in San Bruno?
16        A.    As far as I understand he did.  But I
17   wasn't told that he didn't.
18        Q.    Is your restaurant in La Quinta,
19   California, also a training restaurant?
20        A.    No.
21        Q.    It's just a restaurant?
22        A.    It's a restaurant.
23        Q.    Do you have any understanding of when Mr.
24   Topete started working at the La Quinta location?
25        A.    No.
```

88

Atkinson-Baker Court Reporters
www.depo.com

```
 1        Q.    Do you have any understanding that he did
 2   work there?
 3        A.    I don't know that I was aware of that.
 4        Q.    Okay.  On Mr. Topete's days off, who
 5   fulfilled his obligations as a kitchen manager?
 6        A.     Whoever the manager on duty would be
 7   would take care of anything that was required on
 8   those days.  A lot of times our kitchen managers
 9   will make sure their orders are placed or things
10   that are specific to their department are done so
11   that no one has to do them on their own days off.
12        Q.    Are you aware of Mr. Topete ever coming
13   in on his days off to work in the kitchen?
14        A.    Not that I'm aware of.
15        Q.    Would that kind of thing be reflected
16   perhaps in a captain's log?
17        A.    I wouldn't know if they would take that
18   note or not.
19              MS. ROUSSO:  Let's go off the record for
20   a sec.
21              (Recess was taken.)
22              MS. ROUSSO:  Back on the record.
23   BY MS. ROUSSO:
24        Q.    Okay.  If you could turn back to
25   Exhibit 5 to Bates Number 2284, and read the two
```

Atkinson-Baker Court Reporters
www.depo.com

```
1    briefs, or rather it's brief and execute, the whole
2    thing, not just what's highlighted in yellow.
3         A.    "A.M. shift notes for the brief, have
4    three servers on today and only two cooks.  One has
5    the day off today.  I'm thinking that we could be
6    busy as everyone else is still out of school
7    besides Irvine.  Execute.  Very busy lunch today
8    for the staff we had on.  Thankful Marcos came in
9    to help out and stayed through as long as he could
10   which without him would not have been good.  We
11   were on a wait for quite a while as we just didn't
12   have the servers to take care of the tables.  I was
13   in the expo window getting the food out and running
14   back between floor, expo and dish station, keeping
15   the lines stocked with places."
16        Q.    What is the date of this captain's log,
17   please?
18        A.    January 3rd, 2017.
19        Q.    And so would this record have been made
20   on the day of the shift in question, or the next
21   day after or when?
22             MR. DALEY:  Objection.  Calls for
23   speculation.  If you know when it was created.
24             THE WITNESS:  They should be written the
25   day of.
```

90

Atkinson-Baker Court Reporters
www.depo.com

1    BY MS. ROUSSO:

2        Q.    Okay.  And the managers on duty listed

3    here in this captain's log are Dan, Adin and Ranae,

4    R-A-N-A-E.  So that indicates to you that Mr.

5    Topete was not a manager on duty that day; correct?

6        A.    Not a scheduled manager on duty that day.

7        Q.    And therefore he would not have been the

8    one to have generated this captain's log; correct?

9        A.    I don't know if he would have made notes

10   or not if he was in the building.

11       Q.    Typically captain's logs were generated

12   by the managers on duty; correct?

13       A.    Yes.

14       Q.    Okay.  And if you could please turn to

15   Bates number 2288 and read the third debrief, the

16   whole thing.

17       A.    The whole thing.

18             "Debrief:  All and all slower lunch.  It

19   stopped raining at 1220 p.m., and that's when we

20   saw our rush.  Nothing to write home about.

21   Everyone was a team player today.  Marcos and Juan

22   really detailed the walk-in, mop sink, and the prep

23   area.  Phased one server at 1255 P, and another at

24   125 P.  Sent Keith (server double) on break at 2 P,

25   then went down to two servers."

91

PMK Karin Davie
May 4, 2018

Atkinson-Baker Court Reporters
www.depo.com

1        Q.      What, if anything, is your understanding

2     of the phrase, "Marcos and Juan really detailed the

3     walk-in"?

4        A.      It sounds like they either organized or

5     cleaned the walk-in, but I wouldn't know what they

6     mean by detailed.

7        Q.      Okay.  And the walk-in is a big

8     refrigerator; correct?

9        A.      Yes, it is.

10       Q.      And what is the mop sink?

11       A.      The mop sink is an area where you dump

12    like dirty mop water, your mop bucket's over there,

13    along with mops, chemicals, things of that nature.

14       Q.      And the prep area, what's that?

15       A.      That is a area in the -- not on the cook

16    sign but behind the cook sign where you would do

17    food preparation area.

18       Q.      Okay.  At the bottom of this document

19    under the heading bottomless, service model, and

20    HOH ticket priority, it says, "Lots of bottomless

21    going out today."  That means fries; correct?

22       A.      Mostly fries, but we also have bottomless

23    other side items as well.

24       Q.      Right.  Then it says, "Need to get better

25    about bumping them from KDU."

PMK Karin Davie
May 4, 2018