**EXHIBIT 5**



# TEAM MEMBER HANDBOOK



RR 000064

# TEAM MEMBER HANDBOOK
# CALIFORNIA ADDENDUM

January 2013

RR 000117

determine whether a reasonable accommodation can be provided. Team Members are not necessarily entitled to the accommodation they request.

## TEAM MEMBER CLASSIFICATION

All Team Members are classified as exempt or non-exempt. <u>The terminology is complex and is centered on job responsibilities actually performed by the employee. Exempt or non-exempt status is determined by the actual job, not the job title.</u>

*Exempt Team Member* – a Team Member who is not eligible for overtime pay. Hours worked in exempt positions may fluctuate and each weekly portion of an exempt Team Member's salary will compensate them for all hours worked during that week.

*Non-exempt Team Member* – a Team Member who is eligible for overtime pay – please see the overtime policy below. To keep track of time worked, non-exempt Team Members must clock in and out to adequately track all time worked. It is the **Team Members' responsibility** to accurately report all time worked. If there is a discrepancy between Team Members' time records and time actually worked, such a discrepancy is to be reported to a supervisor as soon as practicable, such as the week following the end of the applicable pay period.

## MEAL PERIODS AND REST BREAKS

We encourage non-exempt Team Members to take meal periods and rest periods and be relieved of all duty during that time. Red Robin provides all non-exempt Team Members with the opportunity to take an unpaid 30-minute meal period for every 5 hours that they work. Team Members who work shifts between 5-6 hours may waive their right to be provided a meal period. If a Team Member chooses to take a meal period, it must begin before the start of the Team Member's sixth hour of work, at which time the Team Member is completely relieved from duty and therefore must clock out and accurately record their meal periods on their time cards. A second uninterrupted meal period of not less than 30 minutes will be provided if a Team Member works more than 10 hours per day, but may be waived by the Team Member as long as the first meal period was not waived and total hours for the day do not exceed 12. Non-exempt Team Members are allowed a paid 10-minute rest break for every 4 hours of work or major fraction thereof. If a Team Member works six or more hours in a day, the Team Member will be entitled to a second 10-minute rest period. Rest breaks not taken are automatically waived by the Team Member. These breaks are not cumulative and cannot be added together, used to shorten the work day, or be taken in conjunction with any type of leave. When a Team Member desires to take a 10-minute rest break, they should request it from the Manager on Duty.

Non-exempt Team Members are expected to observe assigned working hours and the time allowed for meal periods and rest breaks. Although non-exempt Team Members may leave the premises during meal periods, they should not leave the premises during a rest break. If Team Members leave the premises for a meal period, they must clock out and clock in upon returning.

Exempt Team Members may generally take a meal break and a reasonable amount of other breaks at their discretion.

RR 000121