**EXHIBIT 6**



RED ROBIN INTERNATIONAL, INC.
6312 S. Fiddler's Green Circle #200N
Greenwood Village, CO 80111
303.846.6000

May 5, 2017

RE: Return to work-Modified Duty Offer

Dear Marciano (Marcos)

We understand that you have been released by your physician to perform modified duty work. We are pleased to let you know that we can accommodate the restrictions that have been provided by your physician, which are listed below. We are pleased to welcome you back to work.

    May lift up to 25lbs Frequently – up to 6 hours/day
    May push/pull up to 25lbs Frequently- up to 6 hours/day
    May bend-Occasionally-up to 3 hours/day
    May stand – Frequently- up to 6 hours/day
    May walk – Frequently – up to 6 hours/day

Please return to work on *Thursday, May 11, 2017, at 8:00 am.*

Please contact *Adin Philleo* on *Wednesday, May 10, 2017 at 10:00 am*, to let him know you are either accepting or declining the return to work offer. Failure to contact your GM, will be considered your voluntary resignation.

You will be given the remainder of your work schedule upon your return. Once again, I would like to welcome you back to work.

If you have any questions or concerns, please do not hesitate to give me a call.

_____ Accept

_____ Decline

Sincerely,

Audra A. Hickman
Workers' Compensation Administrator
303-846-6125



EXHIBIT 6
WIT: Ms. Bailey
DATE: 5/2/18
BRITTANY SILVA, CSR #13940

Scanned from a Xerox Multifunction Printer.pdf

redrobin.com

RR002824