**EXHIBIT 7**

| | |
|---|---|
| From: | Karin Davie |
| Sent time: | 03/28/2017 07:45:53 PM |
| To: | HR Advisor; Sara Wagner |
| Cc: | Amy Jones; Rebecca Bailey |
| Subject: | FW: Written Statement in regards to Marcos |

Hi Sara!!!

Here's another statement regarding Marciano Topete being in our restaurants while on worker's comp leave. Please see below. Thanks!!!

**Karin Davie, PHR**

**Cell:** 626.353.5859 | **Fax:** 720.206.0830

kdavie@redrobin.com

**From:** Caren Bertani
**Sent:** Tuesday, March 28, 2017 7:44 PM
**To:** Amy Jones <AJones@redrobin.com>; Karin Davie <kdavie@redrobin.com>
**Subject:** Written Statement in regards to Marcos

Good evening,

I was contacted by Homan Razeghi today Tuesday, March 28, 2017. He reached out to me with some possible concerns regarding Marcos Topete. Homan stated that he thought it was odd that Marcos had come to his restaurant in Foothill Ranch on two separate occasions regarding a team member who wanted to transfer when he was on leave and could have been an easy phone call instead. I asked what Marcos did while in the building. Homan said Marcos walked around for a little bit and also stated " I am done with Red Robin, I am not coming back from leave". Homan also said Marcos stated his frustrations with Rebecca Bailey and told Homan that he called HR on her. Marcos told Homan that he feels like he was working too hard with Watson and was forced into hourly positions. Marcos then asked Homan to describe what his day was like as a kitchen manager in reference to cooking etc. Homan felt there were some genuine concerns and red flags to the visit of the restaurant today by Marcos and that is why he reached out to me.

Please let me know if you need anything further.

Thank you,

Caren Bertani

Regional Operations Director
Red Robin International, Inc.
6312 S. Fiddler's Green Circle
Greenwood Village CO 80111
cbertani@redrobin.com
714.746.6568





EXHIBIT 18
WIT: Ms. Bailey
DATE: 5/2/18
BRITTANY SILVA, CSR #13940

**LET'S BURGER**

*Our Vision: To make everyone Better For Being Here!*

*Our Mission: Create craveable burgers, welcoming experiences and genuine connections wherever we are!*

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than

RR002793