**EXHIBIT 8**

Red Robin International, Inc.   6312 S. Fiddlers Green Cir Ste 200 N   Greenwood Village, CO 80111   +1 (888) 733-7621

| Name | Company | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Marciano Topete | Red Robin International, Inc. | 174029 | 12/28/2015 | 01/10/2016 | 01/15/2016 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,680.80 | 183.12 | 482.42 | 400.99 | 1,614.27 |
| YTD | 2,680.80 | 183.12 | 482.42 | 64.72 | 1,950.54 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 12/28/2015-01/10/2016 | 80 | 33.51 | 2,680.80 | 2,680.80 |
| Earnings | | | | 2,680.80 | 2,680.80 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 160.54 | 160.54 |
| Medicare | 37.55 | 37.55 |
| Federal Withholding | 147.30 | 147.30 |
| State Tax - CA | 114.55 | 114.55 |
| CA SDI - CASDI | 22.48 | 22.48 |
| Employee Taxes | 482.42 | 482.42 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 14.01 | 14.01 |
| Medical | 164.34 | 164.34 |
| Vision | 4.77 | 4.77 |
| Pre Tax Deductions | 183.12 | 183.12 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 8.11 | 8.11 |
| Giving Fund | 1.00 | 1.00 |
| Medical | 102.77 | 102.77 |
| Supplemental Life | 26.65 | 26.65 |
| Vision | 2.85 | 2.85 |
| Details Not Displayed | 259.61 | -76.66 |
| Post Tax Deductions | 400.99 | 64.72 |

### Non-Cash

| Description | Amount | YTD |
|---|---|---|
| Domestic Partner - Dental | 4.67 | 4.67 |
| Domestic Partner - Medical | 85.66 | 85.66 |
| GTL | 1.38 | 1.38 |
| Non-Cash | 91.71 | 91.71 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,589.39 | 2,589.39 |
| Medicare - Taxable Wages | 2,589.39 | 2,589.39 |
| Federal Withholding - Taxable Wages | 2,589.39 | 2,589.39 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single or Married (with two or more incomes) |
| Allowances | 9 | 6 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO Balance-Bi-Weekly | 0 | 0 | 0 |
| Sick Balance | 0 | 0 | 18.4 |
| Vacation Balance | 0 | 0 | 123.53 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Bank | Bank ******1208 | ******1208 | | 1,614.27 | USD |