| | |
|---|---|
| 1 | JONATHAN JACKEL |
| 2 | jonathan@roussojackel.com<br>NORA ROUSSO |
| 3 | ROUSSO & JACKEL<br>116 E. Campbell Ave., Suite 2 |
| 4 | Campbell, California 95008<br>Telephone: (408) 378-3200 |
| 5 | Facsimile: (408) 378-3202 |
| 6 | Attorneys for Plaintiff |
| 7 | MARCIANO TOPETE |
| 8 | LONNIE D. GIAMELA, SBN 228435 |
| 9 | lgiamela@fisherphillips.com<br>SEAN F. DALEY, SBN 272493 |
| 10 | sdaley@fisherphillips.com<br>FISHER & PHILLIPS LLP |
| 11 | 444 South Flower Street, Suite 1500<br>Los Angeles, California 90071 |
| 12 | Telephone: (213) 330-4500<br>Facsimile: (213) 330-4501 |
| 13 | Attorneys for Defendant |
| 14 | RED ROBIN INTERNATIONAL, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARCIANO TOPETE,<br><br>                    Plaintiff,<br><br>      v.<br><br>RED ROBIN INTERNATIONAL, INC., a Nevada Corporation, doing business as RED ROBIN BURGER AND SPIRITS EMPORIUMS, and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No: 8:17-cv-01721 AG (JDEx)<br>*[Originally filed in Orange County Superior Court, Case No.: 30-2017-00930423-CU-OE-CJC]*<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**<br><br>*Hon. Andrew J. Guilford, Dept. 10D*<br><br>Complaint Filed:  July 7, 2017<br>FAC Filed:             July 27, 2017<br>Trial Date:             October 9, 2018 |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)
FPDOCS 34660128.1

1  IT IS HEREBY STIPULATED by Plaintiff MARCIANO TOPETE ("Plaintiff") and Defendant RED ROBIN INTERNATIONAL, INC. ("Defendant"), by and through their respective counsel of record, that the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Pursuant to Federal Rule of Civil Procedure 41(a)(1), this dismissal is effective "without a court order" and the Court shall enter the dismissal of Plaintiff's claims with prejudice.

IT IS SO STIPULATED.

Dated: October 31, 2018              ROUSSO & JACKEL

                                     By: /s/ Jonathan Jackel
                                         JONATHAN JACKEL
                                         NORA ROUSSO
                                         Attorneys for Plaintiff
                                         MARCIANO TOPETE

Dated: October 31, 2018              FISHER & PHILLIPS LLP

                                     By: /s/ Sean F. Daley
                                         LONNIE D. GIAMELA
                                         SEAN F. DALEY
                                         Attorneys for Defendant
                                         RED ROBIN INTERNATIONAL, INC.

**Signature Attestation**

I, Jonathan Jackel, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 31, 2018              ROUSSO & JACKEL

                                     By: /s/ Jonathan Jackel
                                         JONATHAN JACKEL
                                         Attorneys for Plaintiff
                                         MARCIANO TOPETE